AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JACOB ZERKLE**<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:22-mj-00060<br>Assigned To: Meriweather, Robin M.<br>Assign. Date: 3/11/2022<br>Description: Complaint with Arrest Warrants |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder, |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D)- | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F)- | Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Bret Curtis, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___03/14/2022___       _____
                                                              *Judge's signature*

City and state: ___Washington, D.C.___        Robin M. Meriweather, U.S. Magistrate Judge
                                                                          *Printed name and title*