UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-100 (RBW) |
| ) | |
| JACOB L. ZERKLE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, it is hereby

**ORDERED** that the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 10, is **GRANTED**. It is further

**ORDERED** that the government may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e). It is further

**ORDERED** that the government may provide in discovery sealed materials, pursuant to the Court's Protective Order, ECF No. 12. It is further

**ORDERED** that this Order shall also apply to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED** this 7th day of April, 2022.

REGGIE B. WALTON
United States District Court Judge