**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**



Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JACOB L. ZERKLE, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 22-100 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the arraignment and status hearing held on April 8, 2022, via videoconference, it is hereby

**ORDERED** that, on July 8, 2022, at 12:30 p.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that, with the defendant's and the government's consent, the time from April 8, 2022, to July 8, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to receive and review the discovery in this case.

**SO ORDERED** this 8th day of April, 2022.

REGGIE B. WALTON
United States District Court Judge