IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :  :   No. 22-cr-100-RBW : |
| v. | : : |
| JACOB L. ZERKLE, | : : |
| *Defendant*. | : : |

# ORDER

Based upon the representations in the Defendant's *Consent* Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled remote status hearing set for July 8, 2022 is rescheduled for _____, 2022 at a.m./p.m. via videoconference; and it is further

**ORDERED** that the time between July 8, 2022, until the next status hearing in this matter, shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) as the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial as a continuance will provide the Defendant additional time to review discovery with his counsel.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE