## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JACOB L. ZERKLE, )<br><br>Defendant. ) | Criminal Action No. 22-100 (RBW) |

### ORDER

Upon consideration of the Defendant's Consent Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 17, it is hereby

**ORDERED** that the Defendant's Consent Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 17, is **GRANTED**. It is further

**ORDERED** that the status hearing currently scheduled for July 8, 2022, is **CONTINUED** to August 25, 2022, at 9:30 a.m., via videoconference. It is further

**ORDERED** that, with the defendant's and the government's consent, the time from July 8, 2022, to August 16, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case.

**SO ORDERED** this 6th day of July, 2022.

REGGIE B. WALTON
United States District Court Judge