UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-100 (RBW) |
| JACOB L. ZERKLE, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the Defendant's <u>Consent</u> Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 19, it is hereby

**ORDERED** that the Defendant's <u>Consent</u> Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, ECF No. 19, is **GRANTED**.  It is further

**ORDERED** that the status hearing currently scheduled for August 25, 2022, is **CONTINUED** to September 29, 2022,[1] at 2:00 p.m., via videoconference.  It is further

**ORDERED** that, with the defendant's and the government's consent, the time from August 25, 2022, to September 29, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to review the discovery in this case.

---

[1] In the defendant's motion, he requested "a date between <u>October 3 and October 14, 2022</u>[,]" Defendant's <u>Consent</u> Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act at 2, ECF No 19 (emphasis in original), however, the Court is unavailable between those dates.  Accordingly, the Court has scheduled the status hearing for the date and time available immediately prior to the period requested by the defendant.  In the event that the parties are unavailable on September 29, 2022, at 2:00 p.m., they shall file a further motion to continue, indicating their availability either prior to September 29, 2022, or after October 14, 2022.

**SO ORDERED** this 18th day of August, 2022.

                                                 REGGIE B. WALTON
                                                 United States District Court Judge