# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 1:22-cr-100 (RBW) |
| v. | : | |
| | : | |
| JACOB ZERKLE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby notifies the Court that Assistant United States Attorney Joseph Hutton Marshall is entering his appearance in the above-captioned matter as counsel for the United States.

                                                  Respectfully submitted,

DATED: January 27, 2023                 MATTHEW M. GRAVES
                                                   United States Attorney
                                                     D.C. Bar No. 481052

                                By:    */s/ Joseph Hutton Marshall*
                                                     JOSEPH "HUTTON" MARSHALL
                                                     Assistant United States Attorney
                                                     DC Bar No. 1721890
                                                     601 D Street, N.W.
                                                     Washington, D.C. 20579
                                                     (202) 252-6299
                                                     Joseph.hutton.marshall@usdoj.gov