IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 22-cr-100-RBW |
| v. : | |
| JACOB L. ZERKLE, : | |
| *Defendant*. : | |

# ORDER

Based upon the representations in the Defendant's *Unopposed* Motion for Extension of Time to File Motions *in Limine*, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the briefing schedule set forth in the Court's Pretrial Scheduling Order of September 30, 2022 (D.E. 22) is modified in that Motions *in Limine*, if any, are due by **February 10, 2023**, oppositions are due by **March 3, 2023**, and reply submissions, are due by **March 17, 2023**.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE