**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 22-cr-100-RBW |
| v. | : |
| JACOB L. ZERKLE, | : |
| *Defendant*. | : |

**ORDER**

Based upon a review of the Defendant's Motion to Change Venue, the Government's Opposition, and the Defendant's reply submission, and upon consideration of the entire record, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that this matter is transferred to the United States District Court for the Eastern District of Virginia.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE