IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 22-cr-100-RBW |
| v. | : |
| JACOB L. ZERKLE, | : |
| *Defendant*. | : |

# ORDER

Based upon the representations in the Defendant's Motion *in Limine* to Exclude Improper Case Agent Testimony, the Government's Opposition, and the Defendant's reply submission, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Government is prohibited from calling Federal Bureau of Investigation Special Agent Bret Curtis to narrate videos relating to conduct between the Defendant and officers of the Metropolitan Police Department when he has no personal knowledge of such events.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE