**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 22-cr-100-RBW |
| v. | : |
| JACOB L. ZERKLE, | : |
| *Defendant.* | : |

# ORDER

Based upon the representations in the Defendant's Motion *in Limine* to Exclude Evidence and Testimony Relating to the Breach of the United States Capitol and other related topics, the Government's Opposition, and the Defendant's reply submission, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE