# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : No. 22-cr-100-RBW |
| v. | : |
| | : |
| JACOB L. ZERKLE, | : |
| | : |
| *Defendant*. | : |

## ORDER

Based upon the representations in the Defendant's Motion to Dismiss, the Government's Opposition, and the Defendant's reply submission, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Counts I through III of the Indictment are DISMISSED.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE