### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : No. 22-cr-100-RBW <br> : <br> JACOB L. ZERKLE, : <br> : <br> *Defendant*. : | |

### DEFENDANT'S NOTICE OF TIMELY SERVICE OF
### MOTIONS IN LIGHT OF CM/ECF SYSTEM UNAVAILABILITY

Defendant Jacob L. Zerkle, through his undersigned counsel, hereby provides notice to the Court that in light of the Court's CM/ECF system unavailability from February 10, 2023 at 6:00 pm until February 13, 2023 at 9:00 am, as described on the Court's website, Defendant's motions were served upon counsel for the Government on February 10, 2023, and promptly filed once the CM/ECF system became available on February 13, 2023.

Dated: February 13, 2023        Respectfully submitted,

                                                          /s/ Christopher Macchiaroli
                                      Christopher Macchiaroli (D.C. Bar No. 491825)
                                      Silverman, Thompson, Slutkin & White LLC
                                      1750 K Street, NW, Suite 810
                                      Washington, D.C. 20006
                                      Telephone: (202) 539-2444
                                      Facsimile:  (410) 547-2432
                                      Email: cmacchiaroli@silvermanthompson.com

                                      *Counsel for Defendant Jacob Zerkle*