**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No: 22-CR-100 RBW** |
| : | |
| **JACOB L. ZERKLE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING JOINTLY PROPOSED JURY INSTRUCTIONS, VOIR DIRE, AND VERDICT FORM

The United States of America hereby files the attached jury instructions, voir dire, and verdict form, which are proposed jointly by the parties except where noted therein. Word versions of the jury instructions, voir dire, and verdict form will be emailed to the Court's courtroom deputy.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Hutton Marshall*
J. HUTTON MARSHALL
KATHERINE E. BOYLES
Assistant U.S. Attorneys
DC Bar No. 1721890
D. Conn. Fed. Bar No. PHV20325
601 D Street, N.W.
Washington, D.C. 20579
 (202) 809-2166
Joseph.hutton.marshall@usdoj.gov
Katherine.boyles@usdoj.gov