IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No: 22-CR-100 RBW** |
| | : | |
| **JACOB L. ZERKLE,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

# VERDICT

**COUNT ONE:** With respect to the offense of Forcibly Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Certain Officers, while making physical contact or acting with the intent to commit another felony, specifically, as to Metropolitan Police Department Officer C.W.,[1] we the jury unanimously find the Defendant, Jacob Zerkle:

NOT GUILTY_____     GUILTY _____

If the verdict was GUILTY, did the jury unanimously agree that:[2]

1. The Defendant, Jacob Zerkle, made physical contact with Metropolitan Police Department Officer C.W. when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with him.

NO _____     YES _____

---

[1] The parties intend to propose that the verdict form be revised to include the full names of the MPD officers referenced in Counts One, Two and Three after their names have been disclosed publicly on the Court docket.

[2] The Defendant requests that for all special questions contained in Counts One through Four, that the jury be further advised that they must unanimously agree "beyond a reasonable doubt." The Government does not dispute that this is the correct burden of proof but opposes the Defendant's requested addition to the verdict form as unnecessary.

2. The Defendant, Jacob Zerkle, intended to commit the felony offense of civil disorder when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer C.W.[3]

NO _____                           YES _____

If the verdict was NOT GUILTY, did the jury, nonetheless, unanimously agree that:

The Defendant, Jacob Zerkle, committed the offense of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer C.W.

NO _____                           YES _____

**COUNT TWO:** With respect to the offense of Forcibly Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Certain Officers, while making physical contact or acting with the intent to commit another felony, specifically, as to Metropolitan Police Department Officer C.B., we the jury unanimously find the Defendant, Jacob Zerkle:

NOT GUILTY_____                       GUILTY _____

If the verdict was GUILTY, did the jury unanimously agree that:

1. The Defendant, Jacob Zerkle, made physical contact with Metropolitan Police Department Officer C.B. when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with him.

NO _____                           YES _____

2. The Defendant, Jacob Zerkle, intended to commit the felony offense of civil disorder when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer C.B.

NO _____                           YES _____

If the verdict was NOT GUILTY, did the jury, nonetheless, unanimously agree that:

The Defendant, Jacob Zerkle, committed the offense of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer C.B.

NO _____                           YES _____

---

[3] Currently pending before the Court is the Defendant's motion to bar the Government from proceeding on the other felony offense component of Counts One through Three of the Indictment. *See* D.E. 29.

**COUNT THREE:** With respect to the offense of Forcibly Assaulting, Resisting, Opposing, Impeding, Intimidating, or Interfering With Certain Officers, while making physical contact or acting with the intent to commit another felony, specifically, as to Metropolitan Police Department Officer B.S., we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____           GUILTY _____

    If the verdict was GUILTY, did the jury unanimously agree that:

1. The Defendant, Jacob Zerkle, made physical contact with Metropolitan Police Department Officer B.S. when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with him.

    NO _____           YES _____

2. The Defendant, Jacob Zerkle, had the intent to commit the felony offense of civil disorder when forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer B.S.

    NO _____           YES _____

    If the verdict was NOT GUILTY, did the jury, nonetheless, unanimously agree that:

The Defendant, Jacob Zerkle, committed the offense of forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Metropolitan Police Department Officer B.S.

    NO _____           YES _____

**COUNT FOUR:** With respect to the offense of Civil Disorder, as charged in Count Four of the Indictment, we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____           GUILTY _____

    If the verdict was GUILTY, did the jury unanimously agree that:

1. The civil disorder obstructed, delayed, or adversely affected commerce or the movement of an article or commodity in commerce?

    NO _____           YES _____

2. The civil disorder obstructed, delayed, or adversely affected the conduct or performance of a federally protected function?

    NO _____           YES _____

**COUNT FIVE:** As to the offense of Entering and Remaining in a Restricted Building or Grounds, as charged in Count Five of the Indictment, we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____                    GUILTY _____

**COUNT SIX:** With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, as charged in Count Six of the Indictment, we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____                    GUILTY _____

**COUNT SEVEN:** With respect to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, as charged in Count Seven of the Indictment, we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____                    GUILTY _____

**COUNT EIGHT:** With respect to the offense of Act of Physical Violence in the Capitol Grounds or Buildings, as charged in Count Eight of the Indictment, we the jury unanimously find the Defendant, Jacob Zerkle:

    NOT GUILTY_____                    GUILTY _____

**Dated this _____ day of June, 2023.**

_____
**FOREPERSON**