IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  Case No: 22-CR-100 RBW |
| | : |
| JACOB L. ZERKLE, | : |
| | : |
| | : |
| Defendant. | : |

**JOINT PROPOSED VOIR DIRE**

Pursuant to the Court's September 26, 2022, Pre-Trial Scheduling Order, the parties submit the following joint proposed *voir dire*.

**Preliminary Questions**

1. **Statement of the case**: This is a criminal case entitled *United States v. Jacob Zerkle*. The Defendant, Jacob Zerkle, has been accused of having committed criminal offenses on January 6, 2021, in the area around the United States Capitol. Specifically, the government has alleged that the defendant committed the following crimes that day: (1) Assaulting, Resisting, or Impeding Certain Officers; (2) Civil Disorder; (3) Entering and Remaining in a Restricted Building or Grounds; (4) Disorderly and Disruptive Conduct in a Restricted Building or Grounds; (5) Engaging in Physical Violence in a Restricted Building or Ground; and (6) committing an Act of Physical Violence in the Capitol Grounds or Buildings. Mr. Zerkle has pleaded not guilty to these allegations.

    a. Do any of you know anything about this case, or have you heard, read, or seen anything about this case?

    b. Do you or anyone you personally know have any connection to the events that occurred at the United States Capitol on January 6, 2021?

        c.   Is there anything about the nature of the allegations made against Mr. Zerkle or the charges that have been filed against him that might affect your ability as a juror to give both Mr. Zerkle and the government a fair trial?

2. Identification of the trial participants:

        a.   The United States government is represented by Katherine Boyles and Joseph Hutton Marshall, who are both Assistant United States Attorneys.

        b.   The defendant is Jacob Zerkle and his attorney is Christopher Macchiaroli.

        * Do you know or recognize any of the individuals I have just identified?

3. Have counsel identify their potential witnesses:

        a.   The government's witnesses.

        b.   The defense witnesses (although Mr. Zerkle has no obligation to call any witnesses).

        * Do any of you know any of these potential witnesses?

4. Do you know anyone else in the courtroom, including myself or any of the other members of the jury panel?

**Questions Concerning the Law**

5. In the United States, the law demands that everyone, regardless of his race, sex, ethnicity, or economic status, receives equal treatment in our courts of law. Therefore, if you permit yourself to be selected as a juror in this case, you must be totally confident that you can give Mr. Zerkle a fair trial, which means that you must be able to honestly say in light of the oath you just took, that without any doubt, you will not let Mr. Zerkle's race, ethnicity, or anything else about him impact how you will judge whether the government has proven the crimes he has been accused of committing beyond a reasonable doubt.

      a. So, my question to you is, would the race, ethnicity, or anything else about Mr. Zerkle impact your ability to give him or the government a fair trial?

6. Identify the principles of reasonable doubt, presumption of innocence, and burden of proof.

      a. Would any of you have any problems accepting and applying these principles of law?

7. As I just told you, it is the government's burden to prove the defendant's guilt. Is there anyone who feels that a person charged with a crime should have to prove his innocence?

8. Is there anyone who feels that just because Mr. Zerkle has been arrested and charged with criminal offenses, probably means that he is guilty?

9. Every defendant in a criminal case has the absolute right not to testify, and if Mr. Zerkle decides not to testify, you cannot in any way hold that decision against him or consider his decision not to testify in deciding whether the government has proven that he is guilty.

      a. Is there anyone who could not accept and follow this principle of law?

10. Mr. Zerkle is not required to call any witnesses.

      a. Would the decision by Mr. Zerkle not to call witnesses, if that ultimately is the case, cause you to conclude that he is probably guilty?

11. If you are selected as a juror in this case, you will be instructed that if you find that the government has proven beyond a reasonable doubt every element of a crime with which Mr. Zerkle is charged, it will be your duty to find him guilty of that crime. On the other hand, if you find that the government has failed to prove any element of a crime with which Mr. Zerkle is charged beyond a reasonable doubt, then you must find him not guilty of that crime.

      a. Is there anyone who could not do what I just stated?

12. To admit to having some sympathy for or personal feelings for or against either Mr. Zerkle, the government, or anyone else involved in this case is nothing to be ashamed of and does not reflect badly upon you as a person. However, both the government and Mr. Zerkle are entitled to have this case heard by a fair and impartial jury, that will decide the case solely according to the evidence admitted in this Court and according to my instructions on the law. The law provides that the jury may not be governed by sympathy, prejudice, or public opinion. With this in mind, do you have any reason why you feel you would not be able to give either the government or Mr. Zerkle a fair trial based solely upon the evidence admitted at trial and the instructions of law I will give to you?

13. Jurors are the sole judges of the facts. However, the jury must follow all of the principles of law as instructed by me as the judge. The jury may therefore not follow only some rules of law and ignore others. Moreover, even if a juror disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them. Do you feel that it would be difficult for you to follow all of my legal instructions, regardless of what they will be?

14. Do any of you have any beliefs or opinions about the 2020 Presidential Election, former President Trump, or the former president's statements about the election and efforts to challenge the election that would affect your ability to render a fair and just decision in this case?

15. If you have seen coverage or reporting relating to the events at the Capitol on January 6, 2021 or any investigations, hearings, arrests, or prosecutions of individuals relating to the events of January 6, 2021, would that coverage affect your ability to render a fair and just decision in this case?

16. **[The defense proposes the following question; the government objects to the inclusion of this question:]** Do any of you feel that protesting on the National Mall and outside the United States Capitol on January 6, 2021 regarding the results of the 2020 Presidential Election would affect your ability to render a fair and just decision in this case?

17. **[The defense proposes the following question; the government objects to the inclusion of this question:]** Have any of you, close friends, or close relatives ever had an experience or encounter with an individual or individuals who supported Former President Trump's effort to challenge the 2020 Presidential Election that would affect your ability to give either Mr. Zerkle a fair trial?

### General Questions that Might Impact Impartiality

18. Have you, close friends, or close relatives, ever been employed or applied for a position as a law enforcement official (e.g., a police officer, a military police officer, any other type of law enforcement officer, including an officer of the Federal Bureau of Investigation (otherwise known as the FBI), the Metropolitan Police Department, the United States Capitol Police, a prosecutor, a prison guard or official, a probation officer, or a parole officer)?

19. Do you have any strong feelings about law enforcement agencies, including the FBI, whether good or bad, that might impact your ability to be a fair and impartial juror in this case?

20. As you now know, some of the witnesses who will testify in this case are law enforcement officers. Is there anyone here, who for any reason, would not be able to fairly judge the credibility or believability of law enforcement officers? In other words, is there anyone

who would tend to give either greater or lesser weight to the testimony of law enforcement officers just because they perform that type of work?

21. Have you, or a member of your immediate family, ever had any difficult or unpleasant experience with any law enforcement agency?

22. Have any of you, close friends, or close relatives ever served as a defense attorney, defense investigator, or in some other capacity where you or they provided services to people charged with crimes, or have any of you or your close friends or relatives ever applied for employment for such positions?

23. Do any of you have any feelings about prosecutors, defense lawyers, people accused of crimes, or the federal government that might affect your ability to be a fair juror in this case?

24. Are any of you or are any members of your immediate family lawyers or have any of you ever studied law?

25. Have any of you ever served as a grand juror or a petit juror in a criminal case, and as a result of that experience, you feel that you could not give either the defendant or the government a fair trial in this case?

26. Have you, close friends, or close relatives, ever been arrested, charged with, or convicted of a criminal offense (other than traffic violations), or appeared in court as a defendant in a criminal case, regardless of what may have happened to the case?

27. Have you, close friends, or close relatives, ever been the victim of a crime, or a witness to a crime?

28. If you are selected as a juror in this case, you must be able and willing to discuss the facts of the case and the law as I will state it to you with your fellow jurors. Do any of you feel

that you will lack the ability or be unwilling to engage in discussions about the case during jury deliberations at the conclusion of the evidence in this case?

29. If you are selected as a juror in this case, you must be able to make your own decisions about whether the government has proven the offenses the defendant is charged with committing. Do you feel that you will not have the ability to make your own independent decisions about whether the government has proven Mr. Zerkle is guilty in this case beyond a reasonable doubt?

30. If you are selected as a juror in this case, you cannot discuss the case with your fellow jurors before you are permitted to do so at the conclusion of the trial, or with anyone else until after a decision has been reached by the jury. Therefore, you cannot talk about the case or otherwise have any communications about the case with anyone, including your fellow jurors, until I tell you that such discussions may take place. Thus, in addition to not having face-to-face discussions with your fellow jurors or anyone else, you cannot communicate with anyone about the case by way of the Internet, texting, Facebook, Twitter, or by any other means. If you feel that you cannot do this, then you cannot let yourself become a member of the jury in this case.

   a. Is there anyone who will not be able to comply with this restriction?

31. You also cannot conduct any type of independent or personal research or investigation regarding any matters related to this case. Therefore, you cannot use your cellphones, iPads, computers, or any other device to do any research or investigation regarding matters relevant to matters related to this case. You also cannot go to any of the locations involved in this case to view those locations. This is because you must base the decisions you will have to make in this case solely on what you hear and see in this courtroom.

    a. Is there anyone who will not be able to comply with this restriction?

32. Do any of you have any religious, moral, or philosophical beliefs that would affect your ability to sit as a juror in a criminal case and be fair and impartial to both the government and Mr. Zerkle?

33. Do any of you have any health problems that might affect your ability to sit as a juror in this case?

34. Are any of you taking medication that might affect your ability to sit as a juror in this case?

35. Do any of you have any problem, for any reason, paying attention for long periods of time?

36. Do you have any problems with your hearing or your eyesight that would prevent you from watching and comprehending videos, or seeing still photographs, displayed on a television screen here in the courtroom?

37. [*If COVID-19-related precautions will be taken*] Considering what I have said about how the trial will be conducted, do any of you have any concerns about serving as a juror due to COVID-19?

38. Do any of you have any problems understanding or speaking the English language?

39. This trial could take about three to five days to complete. Is there anyone who could not sit as a juror in this case due to the anticipated length of the trial?

40. Is there any reason whatsoever that would prevent you from giving your full attention to the evidence as it is presented to you as a juror or that would prevent you from being fair or impartial as to either the government or Mr. Zerkle?

**Background Questions**

47.   [*The following individual questions would be asked separately of each juror.*]  Please provide the following information:

    a.   How long have you lived in the District of Columbia?

    b.   What is your current occupation?

        i.   How long have you been at this job?

        ii.   What is your current role at work?

        iii.   Does your role include supervisory duties?

    c.   If you reside with any other adults (for example, a spouse or roommate), what are their occupation(s)?

    d.   If you have adult children who are employed, what are their occupation(s)?

    e.   Have you served on a jury before?  If so:

        i.   Was it a criminal or a civil case?

        ii.   Did you reach a verdict?

        iii.   Was there anything about your experience as a juror which would make you not want to serve again?

    f.   Have you been a party to a lawsuit or a witness who testified in court?  If so:

        i.   What was the nature of the lawsuit?

        ii.   What was your role in the case?

        iii.   What was the result?

    h.   What social media platforms do you use, how often do you use them, and what do you use them for?

    i.   What source or sources do you rely on to get your news?

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Hutton Marshall*
J. HUTTON MARSHALL
KATHERINE E. BOYLES
Assistant U.S. Attorneys
DC Bar No. 1721890
D. Conn. Fed. Bar No. PHV20325
601 D Street, N.W.
Washington, D.C. 20579
 (202) 809-2166
Joseph.hutton.marshall@usdoj.gov
Katherine.boyles@usdoj.gov


*/s/ Christopher Macchiaroli*
Christopher Macchiaroli (D.C. Bar No. 491825)
Silverman, Thompson, Slutkin & White LLC
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Jacob Zerkle*

10