# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-100 (RBW) |
| v. : | |
| : | |
| JACOB L. ZERKLE, : | April 5, 2023 |
| : | |
| Defendant. : | |

## MOTION TO CHANGE TIME OF PRETRIAL CONFERENCE

The United States, by and through undersigned counsel, respectfully moves the Court to change the time of the pretrial conference in this case, currently scheduled for 2:00 pm on May 5, 2023, and reschedule the pretrial conference for earlier in the day on May 5, 2023.

The undersigned Assistant United States Attorney is scheduled to appear for sentencing in another matter in this district, *United States v. Chan*, 21-cr-668, at the same time as the pretrial conference in this case. Co-counsel for the *Chan* matter is not able to appear at that sentencing, and defense counsel in that case is unable to adjust her schedule.

The undersigned has conferred with defense counsel in this case, who has no objection to moving the pretrial conference to earlier in the day on May 5, 2023. Defense counsel would object to moving the pretrial conference to another day.

Accordingly, the United States respectfully requests that the Court reschedule the pretrial conference for the morning of May 5, 2023. In the alternative, if the Court is unable to reschedule the pretrial conference for the morning of May 5, 2023, the undersigned would respectfully request to be excused from attending the pretrial conference. Assistant United States Attorney J. Hutton Marshall will represent the United States in any event.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
           Katherine Boyles
           Assistant United States Attorney
           United States Attorney's Office

601 D Street NW
Washington, D.C. 20001
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088