**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JACOB L. ZERKLE, )<br>)<br>Defendant. ) | Criminal Action No. 22-100 (RBW) |

## ORDER

Upon consideration of the government's Motion to Change Time of Pretrial Conference, ECF No. 40, and due to a change in the Court's calendar, it is hereby

**ORDERED** that the government's Motion to Change Time of Pretrial Conference, ECF No. 40, is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** to the extent that it seeks to have the pretrial conference in this case rescheduled. The motion is **DENIED** in all other respects. It is further

**ORDERED** that the pretrial conference scheduled for May 5, 2023, is **CONTINUED** to May 23, 2023, at 1:30 p.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED** this 10th day of April, 2023.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge