**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        :
UNITED STATES OF AMERICA                :
                                        :        No. 22-cr-100-RBW
                                        :
v.                                      :
                                        :
JACOB L. ZERKLE,                        :
                                        :
            *Defendant*.                :
_____:

## <u>ORDER</u>

Based upon the representations in the Defendant's Motion to Continue Pretrial Conference

and Trial, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the pretrial conference scheduled for May 23, 2023 and trial scheduled

for June 12, 2023, and corresponding pretrial deadlines are VACATED; and it is further

**ORDERED** that on _____, 2023, at _____, the parties shall appear remotely for a status

conference for the purpose of setting new trial and pretrial conference dates and deadlines.

                          _____
                          REGGIE B. WALTON
                          UNITED STATES DISTRICT COURT JUDGE