UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-100 (RBW) |
| ) | |
| JACOB L. ZERKLE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Defendant's Motion to Continue Pretrial Conference and Trial, ECF No. 42, and for good cause shown, it is hereby

**ORDERED** that the Defendant's Motion to Continue Pretrial Conference and Trial, ECF No. 42, is **GRANTED**. It is further

**ORDERED** that the pre-trial conference currently scheduled for May 23, 2023, and the trial currently scheduled to commence on June 12, 2023, are **VACATED** pending further order of the Court. It is further

**ORDERED** that, on June 7, 2023, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 5th day of May, 2023.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge