UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 22-100 (RBW) |
| | ) | |
| JACOB L. ZERKLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on June 7, 2023, via teleconference, it is hereby

**ORDERED** that the pretrial conference originally scheduled for May 23, 2023, is **CONTINUED** to July 6, 2023 at 9:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the jury trial originally scheduled to commence on June 12, 2023, is **CONTINUED** to August 21, 2023. It is further

**ORDERED** that, with the defendant's and the government's consent, the time from June 12, 2023, to August 21, 2023, is excluded under the Speedy Trial Act, in light of the fact that August 21, 2023, is the first available date for the scheduling of trial. It is further

**ORDERED** that, for good cause shown, the Defendant's <u>Unopposed</u> Motion for an Extension of Time to File Motions <u>in Limine</u>, ECF No. 24, is **GRANTED** <u>nunc pro tunc</u>.

**SO ORDERED** this 9th day of June, 2023.

                                                  REGGIE B. WALTON
                                                  United States District Court Judge