**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                            )<br>)<br>JACOB L. ZERKLE,                            )<br>)<br>           Defendant.                            )<br>) | Criminal Action No. 22-100 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on June 7, 2023, via teleconference, it is hereby

**ORDERED** that the Court's June 9, 2023 Order, ECF No. 45, is **MODIFIED** as follows:

- the Defendant's Motion to Change Venue, ECF No. 26, is **DENIED**.

**SO ORDERED** this 21st day of June, 2022.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge