# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | :|
|---|---|
| UNITED STATES OF AMERICA | : |
| | :  No. 22-cr-100-RBW |
| v. | : |
| JACOB L. ZERKLE, | : |
| *Defendant*. | : |

# ORDER

Based upon the representations in the Defendant's Motion to Continue Trial and upon consideration of the entire record, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the trial scheduled for August 21, 2023, is hereby VACATED.

**SO ORDERED.**

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT COURT JUDGE