# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Action No. 22-100 (RBW) |
| JACOB L. ZERKLE, | ) | |
| Defendant. | ) | |

### ORDER

Due to a change in the Court's calendar, it is hereby

**ORDERED** that the pre-trial conference currently scheduled for July 6, 2023, at 9:00 a.m., is **CONTINUED** to that same day at 9:30 a.m.

**SO ORDERED** this 3rd day of July, 2023.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Court Judge