# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 22-cr-100-RBW |
| | : |
| JACOB L. ZERKLE, | : |
| | : |
| *Defendant*. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of Emma J. Mulford of Silverman, Thompson, Slutkin, & White, LLC as co-counsel for Defendant Jacob L. Zerkle in the above-referenced matter.

Dated: July 19, 2023           Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

*/s/ Emma J. Mulford*
Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant*