# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JACOB L. ZERKLE, )<br>)<br>Defendant. ) | Criminal Action No. 22-100 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the pretrial conference held on July 24, 2023, via videoconference, it is hereby

**ORDERED** that, on or before July 28, 2023, the defendant shall file a supplemental brief regarding his request for a jury instruction concerning defense of a third party. It is further

**ORDERED** that, on or before August 2, 2023, the government shall file its response to the defendant's supplemental brief regarding his request for a jury instruction concerning defense of a third party. It is further

**ORDERED** that, on or before July 28, 2023, the government shall review the proposed stipulations provided by the defendant, and if it determines that these stipulations are insufficient to address the concerns raised in the Defendant's Motion in Limine to Exclude Evidence and Testimony Relating to the Breach of the United States Capitol and Other Related Topics, ECF No. 28, and the government's motion in limine to admit certain statutes and records, see United States' Omnibus Motion in Limine at 7–8, ECF No. 25, the government shall file a brief regarding its positions. It is further

**ORDERED** that, on or before August 2, 2023, the defendant shall file his response to the government's brief.

**SO ORDERED** this 25th day of July, 2023.

                                                                     */s/ Reggie B. Walton*
                                                                     REGGIE B. WALTON
                                                               United States District Court Judge