## STIPULATION OF THE PARTIES
## REGARDING THE UNITED STATES CAPITOL BUILDING AND GROUNDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases, porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. See Map Outlining Restricted Area on January 6, 2021, attached as Exhibit. These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street. Within the West Front of the Restricted Area there were additional temporary barriers due to preparations and ongoing construction for the Inauguration which was scheduled for January 20, 2021, including green snow fencing and signs stating, "Area Closed By order of the United States Capitol Police Board."

On January 6, 2021, the Restricted Area described above and depicted in ==Exhibit== was a posted, cordoned off, or otherwise restricted area where the Vice President and members of his immediate family were and would be temporarily visiting, and therefore constituted a "restricted building or grounds" as that term is used in Title 18, United States Code, Section 1752(c).



## STIPULATION OF THE PARTIES REGARDING CERTAIN PHOTOGRAPHIC AND VIDEO EVIDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

### *United States Capitol Police Closed Circuit Video Monitoring*

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

### *Metropolitan Police Department Body-Worn Cameras*

Members of the Metropolitan Police Department ("MPD") utilize equipment known as body-worn cameras ("BWC"). BWC record both audio and video. The equipment timestamps each recording with the date and time at which the footage is captured. The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not

altered or edited in any way. Government Exhibits 301-306 are derived from MPD BWC footage from January 6, 2021. The video footage is authentic in that it is what it purports to be.

### *Third Party Photographic and Video Footage*

Government Exhibits ▮▮▮▮▮ are photographs and/or videos taken on January 6, 2021 by individuals who were present on the Capitol grounds and/or inside the U.S. Capitol building. The events depicted in the photographs and videos are a fair and accurate depiction on the events at the U.S. Capitol on January 6, 2021, and the images and footage have not been altered or edited in any way. The photographic and video footage is authentic in that it is what it purports to be.

**STIPULATION OF THE PARTIES REGARDING
UNITED STATES CAPITOL POLICE CLOSED CIRCUIT VIDEO MONTAGE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The video footage contained in Exhibit was taken from cameras located inside and outside of the U.S. Capitol building and grounds. The cameras from which the video footage was taken were operated and maintained by the United States Capitol Police. The video footage contained in Exhibit is a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

**STIPULATION OF THE PARTIES
REGARDING OFFICERS FROM THE UNITED STATES CAPITOL POLICE
AND WASHINGTON, D.C., METROPOLITAN POLICE DEPARTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

On January 6, 2021, officers from the United States Capitol Police (USCP) on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department (MPD) on the U.S. Capitol Grounds and in the U.S. Capitol building were assisting officers from the USCP who were engaged in their official duties as officers or employee of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

## STIPULATION OF THE PARTIES
## REGARDING THE CERTIFICATION OF THE ELECTORAL COLLEGE VOTE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representative were evacuated later from the House Gallery.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

## **STIPULATION OF THE PARTIES REGARDING IDENTITY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jacob Zerkle, with the concurrence of his attorney, agree and stipulate to the following facts. The jury may accept the following facts as if they have been proven beyond a reasonable doubt at trial. Neither party shall be prohibited from calling witnesses to testify about, or introducing evidence to establish, any of the facts listed in these stipulations:

The below photographs are fair and accurate depictions of Jacob Zerkle.

