## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | No. 22-cr-100-RBW |
| | : | |
| v. | : | |
| | : | |
| JACOB L. ZERKLE, | : | |
| | : | |
| *Defendant.* | : | |
| | : | |

## STIPULATION

The parties in this case, the United States of America and Jacob L. Zerkle, hereby agree and stipulate as follows:

1.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, DC. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The requirements of the joint session are set out in the Twelfth Amendment of the Constitution and federal law and require a deliberate and legally prescribed assessment of ballots, lists, certificates, and, potentially, written objections.

2.      In anticipation of the joint session of Congress on January 6, 2021, the United States Capitol Police received dozens of applications for permits for protests to occur on Capitol Grounds, which were granted in designated areas. In addition to permits for protests on Capitol Grounds, a protest was scheduled and authorized by permit at the Ellipse in Washington, D.C., titled the "Save America" rally, where former President Donald Trump spoke to those in attendance. During the course of the event at the Ellipse, former President Donald Trump encouraged those in attendance to march upon the Capitol Building.

3.      The joint session began at approximately 1:00 pm on January 6, 2021. Shortly thereafter, by approximately 1:30 pm, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      At approximately 12:28 p.m., approximately 10,000-15,000 began moving towards the Capitol from the area of the Ellipse, which is located between the White House and Washington Monument.

5.      At approximately 2:11 p.m., a protestor broke a window on the northwest side of the Capitol with a plastic shield and at 2:12 p.m., the first protestor entered the Capitol through the broken window in the Senate wing of the building, opening a door for others. At approximately 2:13 p.m., Vice President Pence was removed from the Senate chamber and the Senate was gaveled into recess.

6.      At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess.  Representatives evacuated the House chamber.  Other Representatives were evacuated later from the House Gallery.

7.      The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively.  Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

8.      During the course of the breach of the United States Capitol, approximately 2000 protestors entered the United States Capitol, and in total, caused approximately $2.7 million dollars in property damage. Certain protestors who entered the United States Capitol stole and defaced property inside and committed assaults on law enforcement officers while inside the United States

Capitol. Members of Congress and their staff were required to shelter-in-place during the breach of the Capitol.

9.      As a result of the breach of the Capitol, a curfew was imposed by D.C. Mayor Muriel Bowser from 6:00 pm on Wednesday, January 6, until 6 am on Thursday, January 7, 2021.

10.     Defendant Jacob Zerkle traveled from his home in Bowie, Arizona to Washington, D.C. to participate in scheduled protests in Washington, D.C. on January 6, 2021. The attached photograph reflects Mr. Zerkle at the Lincoln Memorial on the morning of January 6, 2021 and reflects the clothing that he wore on that day.

11.     On January 6, 2021, Mr. Zerkle traveled from the area near the Washington Monument to the U.S. Capitol. At no time on January 6, 2021, did Mr. Zerkle enter the United States Capitol or any steps of the United States Capitol. Prior to the breach of the U.S. Capitol, Mr. Zerkle left the area near the United States Capitol.

| | |
|---|---|
| *./s/ Christopher Macchiaroli* | /s/ J. Hutton Marshall |
| Christopher Macchiaroli | J. Hutton Marshall |
| Emma Mulford | Katherine E. Boyles |
| | |
| *Counsel for Defendant* | *Counsel for the United States of America* |

