IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 22-cr-100-RBW |
| v. | : |
| JACOB L. ZERKLE, | : |
| *Defendant*. | : |

# ORDER

Based upon the representations in the Defendant's Motion *in Limine* to Exclude Aiding and Abetting Theory of Criminal Liability, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Government is prohibited from proceeding on an aiding and abetting theory of criminal liability on Counts I through IV of the Indictment for the trial scheduled on August 21, 2023, without a continuance for the Defendant to adequately prepare a defense to this untimely disclosed theory of criminal liability.

**SO ORDERED.**

August _____, 2023.

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT COURT JUDGE