# Exhibit 1



# UNITED STATES CAPITOL POLICE
## DEMONSTRATION ENDORSEMENT SHEET

CP-40A
(10/19)

**SES NUMBER** 20-12-21

(Please Type or Print Legibly)

| Recommendation of C.O. Special Events | Approval ☐  Disapproval ☐  Comment ☒ |
|---|---|
| 01-06-2021: No MOC/media invited; No CD planned. Group 1: Women for a Great America; Area 10; prayer for the country, 50 ppl. Group 2: New York Apostolic Prayer Network; Area TBD; Prayer for the country; 50 ppl. Group 3: Women for America First; Area 15; rally for election integrity; 50 ppl. Group 4: One Nation Under God; Area 8; election integrity, 50 ppl. | Facilitate with Existing Manpower ☐<br><br>Grossi, Scott J. — Digitally signed by Grossi, Scott J. Date: 2020.12.24 08:19:47 -05'00'   12/23/2020<br>Signature                                           Date |

| Recommendation of C.O. Protective Services Bureau | Approval ☒  Disapproval ☐  Comment ☐ |
|---|---|
| | [signature]                              12/30/20<br>Signature                                           Date |

| Recommendation of Assistant Chief of Police Protective and Intelligence Operations | Approval ☒  Disapproval ☐  Comment ☐ |
|---|---|
| | Yogananda S. Pittman                     12/30/20<br>Signature                                           Date |

| Recommendation of Assistant Chief of Police Uniformed Operations | Approval ☒  Disapproval ☐  Comment ☒ |
|---|---|
| Approved for ACOP THOMAS | Pickett, Jeffrey J. — Digitally signed by Pickett, Jeffrey J. Date: 2020.12.30 14:17:16 -05'00'<br>Signature                                           Date |

| Recommendation of Chief of Police | Approval ☒  Disapproval ☐  Comment ☐ |
|---|---|
| | Sund, Steven A. — Digitally signed by Sund, Steven A. Date: 2020.12.31 10:11:05 -05'00'<br>Signature                                           Date |



UNITED STATES CAPITOL POLICE BOARD
WASHINGTON, D.C. 20510     Phone: 202-224-9806

CP-1563
(11/16)

PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON
UNITED STATES CAPITOL GROUNDS
SES: 20-12-21

(1) SPONSORING PERSON AND/OR ORGANIZATION:
    Bryan Lewis

(2) AREA OF CAPITOL GROUNDS TO BE INVOLVED:
    Senate East Front, Grassy Area 9 (bounded by the North Mezzanine sidewalk; First Street, NE; Northeast Drive and the East Front Plaza)

    NOTE: The spokesperson has been advised that the Congressional Press area in the Senate East Front Grassy Area is not a permitted area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press Area.

(3) DATE, TIME, AND DURATION:
    DATE: Wednesday, January 6, 2021     TIME: 0830 - 1700 hours     DURATION: 8 ½ hours
                                         (includes set-up and take-down)

(4) NUMBER OF PARTICIPANTS:
    50

(5) PROPS AND EQUIPMENT:
    ❖ Various Handheld signs / placards
    ❖ One (1) bullhorn
    ❖ No marshals will be utilized for this event
    ❖ Electrical power has not been requested, nor is it unavailable at this site

The spokesperson has been advised of the following:
    ❖ "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post and stakes must be no more than ½" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."
    ❖ <u>Per the Architect of the Capitol, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.</u>
    ❖ Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
    ❖ Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
    ❖ Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval.
    ❖ The volume of the sound will be kept to a minimum and directed away from Congressional Office Buildings.
    ❖ Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
    ❖ Tents, cabanas, canopies or any other covered structures are expressly prohibited.
    ❖ <u>Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.</u>
    ❖ Delivery vehicle(s) must report to USCP Off-Site Delivery, 4700 Shepherd Parkway, SW, for <u>initial screening</u> (*Monday through Friday during operational hours 0430-1300 hours*). Then –
    ❖ Delivery vehicle(s) must report to New Jersey and C Street, NW for <u>secondary screening</u> (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
    ❖ Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue and East Capitol Street, NE.
    ❖ Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
    ❖ DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.



UNITED STATES CAPITOL POLICE BOARD
WASHINGTON, D.C. 20510     Phone: 202-224-9806

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-21

- ❖ **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. <u>BARRICADE ACCESS IS NOT PERMITTED</u>.**
- ❖ **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

(6) The authorized person or organization named in clause (1) of the Permit is entitled to utilize the area of the United States Capitol Grounds described in clause (2), and any props or equipment described in clause (5) of this Permit, in carrying out, during the date and time set forth in clause (3) of this Permit, their right to engage in peaceable and orderly demonstration activities (as defined in Chapter 12, Section 12.1.10 of the Traffic Regulations for the United States Capitol Grounds).

(7) In order to assure the safety and convenience of all the people in the exercise of their right to visit the Nation's Capitol, to call at the offices of Representatives and Senators, to observe public proceedings of Congress, to petition the Congress for redress of grievances, engage in peaceable and orderly conduct of any hearing before, or any deliberation of, any committee or subcommittee of the congress or either House thereof, or unreasonably interfere with the maintenance of good order on the Capitol Grounds, the Capitol Police Board hereby includes as part of this Permit the following conditions and time limitations which the Capitol Police Board has determined necessary in order to minimize the obstruction or impediment of vehicular and other traffic (including pedestrian traffic) through or within the Capitol Grounds and to assure the safety thereof:

   (a) In the event an official function is scheduled that could conflict with this demonstration, the demonstrators will clear the respective area prior to said function, and return after said function has departed the Capitol Grounds.

   (b) Any display of signs, banners, placards, and related items is strictly prohibited inside all Capitol Buildings. Literature may not be distributed in the hallways of any building on Capitol Grounds.

   (c) It is forbidden to offer or expose any article for sale in said United States Capitol Grounds; to display any sign, placard, or other form of advertisement therein; to solicit fares, alms, subscriptions, or contributions therein.

   (d) The setting-up, placement, or storage of camping equipment, tents, sleeping bags, bedroll, bedding of any kind or shelter of any kind, at any time, is prohibited. Any sleeping or lying-down on the paved or improved portions of the Buildings and Grounds (such as streets, roads, sidewalks, walkways, steps, curbs, gutters, doorways, alcoves, walls) at any time is prohibited. Any sleeping or lying-down on any unpaved, or unimproved (grassy) portion of the Grounds from one-half hour after sunset to one-half hour before sunrise, is prohibited.

   (e) Immediately upon the conclusion of the demonstration activity carried out pursuant to this permit, all props, equipment and facilities permitted under Chapter 12 Section 12.5.10 of the Traffic Regulations for Capitol Grounds, which have been used in connection with such activity shall be removed by the applicant from Capitol Grounds. Further, the applicant shall take such action as may be necessary so as to leave the Capitol Grounds in as reasonably good and clean a condition as that which existed immediately prior to the commencement of such activity.

   (f) As a condition precedent to the issuance of this Permit, all participants in the proposed demonstration (parade, convocation, etc.) shall agree not to carry on his/her person any firearm, explosive, club, missile, chemical or other incendiary device or any other weapon; candles, torches, lanterns, lamps, etc., while ignited; or to cause to become ignited any ignitable materials for the purpose of producing a flame. Further, all participants shall agree not to carry any support for signs, banners, placards, etc., which is more than three-quarters of an inch square at its largest point. All supports must have dull ends and cannot



**UNITED STATES CAPITOL POLICE BOARD**
**WASHINGTON, D.C. 20510      Phone: 202-224-9806**

CP-1563
(11/16)

### PERMIT RELATING TO DEMONSTRATION ACTIVITIES ON UNITED STATES CAPITOL GROUNDS
### SES: 20-12-21

in any way be construed as a weapon. There shall be no nails, screw, or bolt-type fastening devices protruding from any support.

12/31/2020
(Date Approved)

Member,
United States Capitol Police Board

(Date Approved)

Chairman,
United States Capitol Police Board

# UNITED STATES CAPITOL POLICE
## SPECIAL ATTENTION MEMORANDUM

CP-303 (9/05)

| | |
|---|---|
| **Time Forwarded:** _____ | **SES Number:** 20-12-21 |
| **Date Forwarded:** _____ | **SES Coordinator:** [redacted] |

| | |
|---|---|
| **Date Scheduled:** | Wednesday, January 6, 2021 |
| **Time:** | 0830 – 1700 hours (includes set-up / take-down) |
| **Duration:** | 8 ½ hours |
| **Number of Participants:** | 50 |
| **Location(s):** | Senate East Front, Grassy Area 9 (bounded by the North Mezzanine sidewalk; First Street, NE; Northeast Drive and the East Front Plaza) |
| **NOTE:** | The spokesperson has been advised that the Congressional Press area in the Senate East Front Grassy Area is not a permitted area. The demonstration is permitted no closer than thirty (30) feet from the Congressional Press Area. |
| **Name(s):** | Bryan Lewis |
| **Type of Event:** | Demonstration |
| **Spokesperson:** | Bryan Lewis |
| **Telephone Number(s):** | (C) (843) [redacted] |
| **Spokesperson's Address:** | On File in Special Events |
| **Note:** | In accordance with Standard Operating Procedure AC-000-63, the Section Commanders for the First Responders Unit, Sections Two and Three will be responsible for completing a Follow-Up Report CP-44, within three working days of this event. |

**Remarks:**

On Wednesday, January 6, 2021, between 0830 and 1700 hours, approximately fifty (50) persons representing Bryan Lewis will participate in a demonstration on the Senate East Front, Grassy Area 9. The spokesperson advises participants are gathering to *"urge Congress to nullify votes from states that made illegal changes to voting rules during their elections."* The actual event time will be 0830 – 1700 hours.

*Members of Congress and Press have not been invited. Civil Disobedience is NOT planned for this event, and participants will NOT engage in march activity in association with this event. Spokesperson has advised that proper social distancing will be maintained for the duration of the event.*

The following props / equipment are authorized:
- Various Handheld signs / placards
- One (1) bullhorn
- No marshals will be utilized for this event
- Electrical power has not been requested, nor is it unavailable at this site

The spokesperson has been advised of the following:
- "Items cannot be tied [nailed, stapled or affixed] to any trees/fixtures. Non-breathable material (i.e., plastic, plywood, etc.) is prohibited from directly covering turf or other living landscape assets. Post

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY.
This information must not be furnished outside of the U.S. Government or Public Safety related agencies. Disclosure of this information could jeopardize law enforcement operations.

*Bryan Lewis, Wednesday, January 6, 2021 (cont'd)*

and stakes must be no more than ¼" in diameter, inserted no deeper than 9" into the ground, and approved by U.S. Capitol Police Special Events with final review by the Architect of the Capitol."

- **Per the Architect of the Capitol**, only natural burlap sandbags are allowed for use on the turf to protect the grounds from any damage. No synthetic or plastic woven sandbags are allowed.
- Height Restriction: No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.
- Stages, Risers and Platforms: No stage, riser or platform may exceed two (2) feet in height.
- Music – In accordance with the Traffic Regulations for the United States Capitol Grounds, Section 12.1.30 (e) "Ceremonial Events & Entertainment" musicals are not considered demonstrations and require Capitol Police Board Approval."
- The volume of the sound must be kept to a minimum and directed away from Congressional Office Buildings
- Tripods and lighting equipment are authorized on grassy areas only and must not impede pedestrian or vehicular traffic. Photos / film taken must not be used for any commercial purposes.
- Tents, cabanas, canopies or any other covered structures are expressly prohibited.
- **Solicitation, commercialization, and /or advertisement of any kind are expressly prohibited.**
- Delivery vehicle(s) must report to USCP Off-Site, 4700 Shepherd Parkway, SW, for **initial screening** (*Monday thru Friday during operational hours 0430-1300 hrs*). Then –
- Delivery vehicle(s) must report to New Jersey and C Street, NW for **secondary screening** (*Arrival after 1300 hours and on the holidays and weekends, delivery vehicle(s) will respond to this location for initial screening only*).
- Delivery vehicle(s) must unload and reload equipment along the west curb of First Street, NE (niched / cut out area) between Constitution Avenue, NE and East Capitol Street.
- Upon unloading, delivery vehicle(s) must depart Capitol Grounds and not return until conclusion of the event.
- **DELIVERY VEHICLE(S) MUST NOT BE LEFT UNATTENDED AT ANY TIME.**
- **EQUIPMENT MUST BE HAND-CARRIED OR HAND-CARTED TO THE EVENT SITE. BARRICADE ACCESS IS NOT PERMITTED.**
- **FIRST RESPONDERS PERSONNEL WILL INSPECT ALL PROPS AND EQUIPMENT, AND MONITOR THE EVENT.**

Participants will arrive and depart via public and private transportation. The spokesperson has been advised that **parking is not authorized** on Capitol Grounds.

The Capitol Police Board has issued a permit for this event.



Private First Class
Special Events Section
(202) ▬▬▬▬

1373:7540

THIS CORRESPONDENCE MUST BE TREATED AS LAW ENFORCEMENT SENSITIVE AND IS FOR OFFICIAL USE ONLY. This information must not be furnished outside of the U.S Government or Public Safety related agencies Disclosure of this information could jeopardize law enforcement operations

20-12-21   RESUBMITTAL (received via email 12/21/2020)

**CP-40**

**U.S. CAPITOL POLICE BOARD**
119 D Street, N.E.
Washington, D.C. 20510

**SEU#**

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

| 1. Organization and/or Spokesperson: Bryan Lewis | 2. Date of Application: 12/21/2020 |
|---|---|

| 3. Address: 128 Harvest Mood RD Moncks Corner SC 29 | 4. Telephone: Business | 5. Mobile: 843━━━━ | 6. Email address: BryanLewis2002@━━━━ |
|---|---|---|---|

| 7. Date(s) of Event: 1/6/2021 | 8. Day(s) of Week: Wednesday | 9. Start Time (including set-up): 8:30 AM | 10. End Time (including clean-up): 5:00 PM | 11. Total Duration: 9 hours |
|---|---|---|---|---|

12. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.)
Area 9

| 13. Estimated number of participants: 50 | 14. Additional Point of Contact / Spokesperson: N/A  Telephone: N/A  Email address: N/A | N/A |
|---|---|---|

13a. Nature of Event (Check appropriate box best describing the nature of your activity)
☒ Demonstration (Rally, Vigil, etc.)   ☐ Filming/Photography   ☐ Musical Presentation
☐ March (Provide Route)   ☐ Road Race   ☐ Other (Describe below)

b. Describe event purpose / message / First Amendment platform and activity in detail:
The event is to urge congress to nullify electoral votes from states that made illegal changes to voting rules during their elections.

| CP-40 | U.S. CAPITOL POLICE BOARD | SEU# | |
| --- | --- | --- | --- |
| | 119 D Street, N.E. | | |
| | Washington, D.C. 20510 | | |

**Application for Permit Under Article XIX Of The Traffic And Motor Vehicle Regulations for United States Capitol Grounds**

14. Props and Equipment — All props and equipment must be furnished by organization or spokesperson.

Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards | Banner(s) Size: L  H | ☐ Podium | ☐ Distribution of Literature |
| --- | --- | --- | --- |
| ☐ Stage(s) Size: L  W  H | ☐ Press Riser Size: L  W  H | ☐ Lighting Equipment | ☐ Camera Tripod |
| ☐ Tables Quantity: | ☐ Portable Sound System (Describe) Bullhorn | | |
| ☐ Chairs Quantity: | | | |

☐ Other:

15. Will electrical power be required? (Available only at the West Front Grassy Area and the Upper Senate Park)
   Yes   ✓ No

17. Estimated # of buses: (No parking / staging on Capitol Grounds)

18. Will Marshals be utilized?   Yes   No ✓
    How many?
    How will they be identified?

19. On-site contact: Bryan Lewis
    Mobile #: 843 [redacted]
    Email address: BryanLewis[redacted]@[redacted]

20. Does information exist that a group(s) / person(s) may wish to disrupt your activity?   Yes   ✓ No
    If yes, please explain:

21. I, _____Bryan Lewis_____, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.
    SPOKESPERSON'S NAME (Print)

*Bryan Lewis* Digitally signed by Bryan Lewis
Date: 2020.12.21 14:28:23 -05'00'      12/21/2020

SPOKESPERSON'S SIGNATURE      DATE

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA: FAX: (202) 228-2429
or
Mail / Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday,
Office: (202) 224-8891

2020-12-21                  EMK

**CP-40**      **UNITED STATES CAPITOL POLICE BOARD**      **SEU#**
119 D Street, N.E.
Washington, D.C. 20510

**Application for Permit Under Article XIX Of The Traffic
And Motor Vehicle Regulations for United States Capitol Grounds**

| 1 Bryan Lewis: | | | 12/21/2020 | |
|---|---|---|---|---|
| 126 Harvest Mood Drive<br>Moncks Corner SC | | N/A | 8434429973 | 6. FAX: |
| 6 Jan 2020 | Wednesday | 8:30 am<br>set-up): | 5:00 PM<br>clean-up): | 11. 9 1/2 hours |

12a. Nature of Event (Check appropriate box best describing the nature of your activity).
☑ Demonstration (Rally, Vigil, etc)    ☐ Filming/Photography    ☐ Musical Performance
☐ March    ☐ Foot Race    ☐ Other (Describe below)

b. Describe all activity in detail:
This rally will be to urge Congress to nullify electoral votes from swing states that made illegal changes to their _____

13. Specific area of U.S. Capitol Grounds requested to be utilized: (i.e., West Front Grassy Area, Upper Senate Park, Taft Memorial Park, etc.) Area 1 on the map South Peace Monument.

14. Props and Equipment — All props and equipment must be furnished by sponsoring person or organization. Please be specific; include quantities and dimensions of all items.

| ☑ Handheld Signs, Placards<br>Quantity: 10:0 | ☐ Banner(s)<br>Size: L W H | ☐ Podium | ☐ Distribution of Literature |
|---|---|---|---|
| ☐ Chairs<br>Quantity: | ☐ Press Riser<br>Size: W H | ☐ Lighting Equipment | ☐ Portable Sound System |
| ☐ Tables<br>Quantity: | ☐ Stage(s)<br>Size: L W H | ☐ Camera Tripod | |
| ☐ Other: | | | |

15. Will electrical power be required? ☐ Yes ☑ No (Available only at the West Front Grassy Area and the Upper Senate Park)

16. Estimated # of participants: Local
17. Estimated # of buses: (No parking available on Capitol Grounds) w/28
18. Will Marshals be utilized? ☐ Yes ☑ No
How many?
How Identified?

19. On-site contact: Bryan Lewis
843 442 9973

20. Does information exist that a person(s) may wish to disrupt your activity? ☐ Yes ☑ No
If yes, please explain:

21. I, Bryan Lewis, have read and acknowledge the U.S. Capitol Police Board Demonstration Guidelines.

APPLICANT'S NAME (Print)

APPLICANT'S SIGNATURE      DATE 12-21-2020

**Not Valid Until Signed**

FOR MORE EXPEDITIOUS PROCESSING, PLEASE RETURN APPLICATION VIA:
FAX: (202) 228-2429
or
Hand deliver to: U.S. Capitol Police, Special Events Division, 119 D St., N.E., Room #102
Open 7:00 a.m. to 6:00 p.m., Monday through Friday, office: (202) 224-8891

Rev. 4/2008                  CP Form 40

Request for demonstration on 6 Jan 2020

Thanks

Bryan Lewis

CAPD_0001686

Coordination Questions for [Byran Lewis & SES #12-21] [January 6, 2021] [Area 9 (Area 1 was requested but is not available)]

Phone conversation: 12/21/2020 @ 1330 hours

| Question | Answer |
|---|---|
| Do you have any other events planned in the city? If so, please provide the location time and estimated number of participants. | NO |
| Have you spoken with MPD, NPS, and/or USPP? If so is the name listed on the application submitted to them the same as what was submitted to USCP? (only if applicable to event) | NO |
| How does your group plan on arriving to US Capitol Grounds? | Public / Private Transportation |
| How does your group plan to disperse from US Capitol Grounds? | Public / Private Transportation |
| Are you planning a March? If so what is the start and step off times and where? Validate this information with our Agency Partners | NO March |
| Have you or anyone in your group expressed intent in engaging in Civil Disobedience? | NO |
| Does your group have a website established for this event? Does your group have a social media account for this event? | NO – Live Stream via social media<br>Social Media and word of mouth for inviting participants |
| Are you anticipating the use of additional props and equipment other than what was listed on your application? If so please provide detailed information. | Bull Horn |
| Do you have photos of the equipment that you plan on utilizing? | Not at this time |
| How do you plan on supporting your equipment? Speaker stands, stages, easels, etc... | Not at this time |
| How will filming/photography be used? For personal use or advertising/commercial purposes? | Live stream and personal use |
| Are you aware of any specific group(s)/person(s) that have expressed interest / intent in disrupting your event? | No |
| Email address(es) for all points of contact for your event. | Bryanlewis▓▓▓▓▓▓ |
| Will this location be used as a staging area or dispersal location for a March or will be it solely used for demonstration purposes? | N/A |
| Please confirm that your vendor has been made aware of the screening procedures for the day of the event (send off site screening information) | NO vendor |
| Is the spokesperson a contractor who has been hired to organize the event or actual member of the group planning the event? | Leader of participants |
| If there is a March associated with the event please provide a map of the planned march route | NO March |
| Please provide the names and contact info of partners the spokesperson has been in contact with. | N/A |
| What is the event's actual estimated start time? | 0830 – 5:00 |
| Has the group invited Members of Congress? | NO |
| Has the group invited Press to the event? | NO |

Coordination Questions for [Byran Lewis & SES #12-21] [January 6, 2021] [Area 9 (Area 1 was requested but is not available)]

Phone conversation: 12/21/2020 @ 1330 hours

Called SP and advised them of the following

- Area 1 not available
    - Selected Area 9 as an alternate location
- CPB Order restricting mass gatherings to 50 persons or less
    - SP advised that he put 1,000 as a hopeful number but does not believe he will come even close to that number. I stated if he was to reapply for 50 participants he must adhere to this.

Advised that he will need to resubmit his application, using the most recent version of the application to reflect the area and participant # changes.

Provided email address

Stated that other than the signs (which will be message based) they may have a bull horn.

He stated that there will be NO MARCH associated with the event.

SP was also quite surprised to find out that so many locations were already reserved for other applications, leading me to believe that they are not affiliated with the larger group.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Releasable Only To:
USCPB, USCP



# Demonstration Permit Assessment

Intelligence and Interagency Coordination Division

21-O-0289

January 06, 2021

## TITLE: Bryan Lewis Demonstration

**THREAT ADVISORY: REMOTE**

There are no records of Bryan Lewis holding prior events on Capitol Grounds and the Intelligence and Interagency Coordination Division (IICD) found no adverse information; therefore, IICD assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Bryan Lewis demonstration as REMOTE.

**Background Information:** Bryan Lewis, describes himself as a private citizen who is "fighting for fair election results".

**Event Summary:** On Wednesday, January 06, 2021, between 0830-1700 hours, approximately fifty (50) persons representing Bryan Lewis will participate in a demonstration on the Senate East Front, Grassy Area 9, of the U.S. Capitol.

Mr. Lewis, who is also the spokesperson for the event, advised that the participants are gathering "to urge Congress to nullify votes from states that made illegal changes to voting rules during their elections." According to Mr. Lewis the event will consist of brief speeches and displaying signs, the actual event will take place from 0830-1700 hours. He has also advised Members of Congress were not invited to this event and no acts of civil disobedience are planned. Mr. Lewis is not aware of any counter-demonstrations related to this event and the group has no intention of entering Congressional office buildings to lobby Members of Congress.

**IICD Comment:** At present there is no adverse intelligence related to this event. A social media presence could not be located for Mr. Lewis. Bryan Lewis, (843) ███████, has stated that he did not need to advertise for the event because he believes there will be larger groups in Washington D.C. on the same day, demonstrating for the same cause. Based on these findings, the Intelligence and

WARNING: THIS DOCUMENT IS FOR OFFICIAL USE ONLY. IT CONTAINS INFORMATION THAT MAY BE LAW ENFORCEMENT SENSITIVE. IT IS TO BE CONTROLLED, HANDLED, STORED, TRANSMITTED, DISTRIBUTED AND DISPOSED OF IN ACCORDANCE WITH USCP DIRECTIVE 2011.002 RELATING TO THE HANDLING OF CLASSIFIED AND OTHER SENSITIVE BUT UNCLASSIFIED INFORMATION AND IS NOT TO BE RELEASED TO THE PUBLIC OR OTHER PERSONNEL WHO DO NOT HAVE A VALID "NEED-TO-KNOW" WITHOUT PRIOR APPROVAL OF IAD.

FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

Interagency Coordination Division assesses the Level of Probability of acts of civil disobedience/arrests to occur during the upcoming Bryan Lewis demonstration as remote.

Information contained in this document is current as of 12/29/2020 @ 0930 hours.

Date Received SEU: 12/21/20
Date Received IICD: 12/28/20

## USCP Risk Assessment Factors

| RATING | PERCENTAGE |
|---|---|
| Remote | 1-5% |
| Highly Improbable | 5-20% |
| Improbable | 20-45% |
| Roughly Even Odds | 45-55% |
| Probable | 55-80% |
| Highly Probable | 80-95% |
| Nearly Certain | 95-99% |