# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No. 22-cr-100-RBW <br> : |
| v. | : <br> : |
| JACOB L. ZERKLE, | : <br> : |
| *Defendant*. | : <br> : |

## ORDER

Based upon the representations in the Defendant's Motion *in Limine* to Admit Permits Issued by the United States Capitol Police for Protests on Capitol Grounds on January 6, 2021, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

August _____, 2023.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE