# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-100 (RBW) |
| JACOB L. ZERKLE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In light of the filing today of the Defendant's Motion in Limine to Exclude Aiding and Abetting Theory of Criminal Liability, ECF No. 60, and the Defendant's Motion in Limine to Admit Permits Issued by the United States Capitol Police for Protests on Capitol Grounds on January 6, 2021, ECF No. 61, and the need to resolve those motions so as not to delay the jury selection process that is scheduled to commence on August 21, 2023, it is hereby

**ORDERED** that, on or before August 17, 2023, at 5:00 p.m., the government shall file its response to the Defendant's Motion in Limine to Exclude Aiding and Abetting Theory of Criminal Liability, ECF No. 60, and the Defendant's Motion in Limine to Admit Permits Issued by the United States Capitol Police for Protests on Capitol Grounds on January 6, 2021, ECF No. 61.  It is further

**ORDERED** that, on August 18, 2023, at 10:30 a.m., the parties shall appear before the Court for a hearing regarding the Defendant's Motion in Limine to Exclude Aiding and Abetting Theory of Criminal Liability, ECF No. 60, and the Defendant's Motion in Limine to Admit Permits Issued by the United States Capitol Police for Protests on Capitol Grounds on January 6, 2021, ECF No. 61.  The parties shall appear via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 16th day of August, 2023.

_____
REGGIE B. WALTON
United States District Court Judge