# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22-cr-100 (RBW) |
| | : | |
| **JACOB L. ZERKLE** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' NOTICE REGARDING FIFTH AMENDMENT CONFLICT

This Court's General Order Governing Criminal Cases instructs: "As soon as counsel become aware that a potential, unrepresented witness has a Fifth Amendment conflict, counsel shall immediately advise the Court of the situation so that legal counsel can be appointed to the witness. If appropriate, such notification may be presented to the Court ex parte." *See* Order, Doc. 16, 6. In compliance with that Order, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice regarding a potential Fifth Amendment issue in this case.

On August 9, the government inquired of defense counsel at a meet and confer conference as to whether the defense intended on calling the defendant's brother, Samuel Zerkle, as a witness for the defense, because the government had concerns about a potential Fifth Amendment conflict for the witness. At that time, the defense declined to indicate whether they would be calling him. Then, on August 17, 2023, defense counsel notified the government by email of their intent to call Samuel Zerkle.

Based on the expected subject matter of the witness's testimony, the government anticipates that his testimony may create a Fifth Amendment conflict.

Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Katherine E. Boyles*
        KATHERINE E. BOYLES
        J. HUTTON MARSHALL
        Assistant U.S. Attorneys
        D. Conn. Fed. Bar No. PHV20325
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (203) 931-5088
        Katherine.boyles@usdoj.gov
        Joseph.hutton.marshall@usdoj.gov