UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 22-100 (RBW) |
| JACOB L. ZERKLE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motions hearing held on August 18, 2023, via teleconference, it is hereby

**ORDERED** that the jury selection in this case, currently scheduled to begin on August 21, 2023, is **CONTINUED** to August 22, 2023, at 9:00 a.m.  It is further

**ORDERED** that, on August 21, 2023, at 9:00 a.m., the parties shall appear before the court for a hearing regarding the admissibility of proposed exhibits in this case.  The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, in light of the United States' Notice Regarding Fifth Amendment Conflict, ECF No. 65, proposed defense witness Samuel Zerkle shall consult with an attorney by August 21, 2023.  Defense counsel shall be prepared to discuss at the hearing scheduled for August 21, 2023, whether the defense witness will need counsel appointed.  It is further

**ORDERED** that the Defendant's Motion in Limine to Exclude Aiding and Abetting Theory of Criminal Liability, ECF No. 60, is **DENIED WITHOUT PREJUDICE**.[1]  It is further

---

[1] After the conclusion of trial evidence in this case, the Court will determine whether an instruction regarding aiding and abetting liability should be given to the jury.

**ORDERED** that, in light of the government's concession, see United States' Response to Defendant's Motions in Limine at 3, ECF No. 64, the Defendant's Motion in Limine to Admit Permits Issued by the United States Capitol Police for Protests on Capitol Grounds on January 6, 2021, ECF No. 61, is **GRANTED**, subject to proper authentication of the defendant's proposed exhibits at trial.[2]  It is further

**ORDERED** that the Defendant's Motion in Limine to Exclude Evidence and Testimony Relating to the Breach of the United States Capitol and Other Related Topics, ECF No. 28, is **HELD IN ABEYANCE**.[3]  It is further

**ORDERED** that the United States' Omnibus Motion in Limine, ECF No. 25, is **GRANTED** as to the portion of the motion which the Court has not already denied as moot.[4]

**SO ORDERED** this 18th day of August, 2023.

REGGIE B. WALTON
United States District Court Judge

---

[2] Government counsel represents that one of its witnesses will be able to authenticate the exhibits and that the government will not object to that being done during the cross-examination by defense counsel of that witness.

[3] The Court will address the admissibility of this evidence either at the hearing scheduled for August 21, 2023, or during the trial if circumstances do not permit a ruling being made at the August 21, 2023 hearing.

[4] The Court previously denied this motion as moot "to the extent that it seeks to limit discussion of security-related topics, in light of the defendant's representation that he does not intend to introduce these topics at trial" and held the motion in abeyance in all other respects.  Order at 1 (July 6, 2023), ECF No. 52.