# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No. 22-cr-100-RBW <br> : |
| v. | : <br> : |
| JACOB L. ZERKLE, | : <br> : |
| *Defendant*. | : <br> : |

# ORDER

Based upon the representations in the Defendant's Motion to Continue Trial, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE