# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-CR-100 (RBW) |
| : | |
| **JACOB ZERKLE,** : | |
| : | |
| Defendant. : | |

## NOTICE OF UPDATED EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits an updated exhibit list in connection with trial in the above-captioned matter, attached hereto as Exhibit A. The government has amended its previously filed exhibit list (Doc. 68) to add Government's Exhibit 413, a 33-second clip taken from an open-source video identified on the government's preliminary exhibit list provided to the defendant on July 13, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Hutton Marshall*
J. HUTTON MARSHALL
KATHERINE E. BOYLES
Assistant U.S. Attorneys
D. Conn. Fed. Bar No. PHV20325
DC Bar No. 1721890
601 D Street, N.W.
Washington, D.C. 20579
(203) 931-5088
Katherine.boyles@usdoj.gov
Joseph.hutton.marshall@usdoj.gov