UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CASE NO. 22-cr-100 (RBW) |
| v. | : | |
| | : | |
| JACOB ZERKLE, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S EXHIBIT LIST**

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
| --- | --- | --- | --- | --- | --- |
| *CAPITOL BUILDING AND GROUNDS* | | | | | |
| 001 | USCP CCTV Video Montage<br>Times:<br>　　00:00-01:06<br>　　01:45-01:57<br>　　01:57-2:58<br>　　04:12-5:50<br>　　09:08-09:25<br>　　11:48-12:45<br>　　14:20-14:50 | | | | |
| 002 | Google Map of National Mall | | | | |
| 002a | Google Map of National Mall (second) | | | | |
| 002b | Google Map of National Mall (third) | | | | |
| 003 | Restricted Perimeter | | | | |
| 004 | Capitol Building – 3D Map | | | | |
| 005 | Capitol Building – Overhead View | | | | |
| 005a | Annotated Exhibit 005 | | | | |
| 006 | Photograph of the Capitol | | | | |
| 007 | Photograph of "Area Closed" signs | | | | |
| 008 | Photograph of "Area Closed" sign | | | | |
| 009 | Photograph of "Area Closed" sign | | | | |
| 010 | Photograph of "Area Closed" sign | | | | |
| 011 | Closure of West Front Police Order | | | | |
| 012 | Ground Closure Announcement | | | | |
| | | | | | |
| | | | | | |

| | *LEGAL AUTHORITY* | | | | |
|---|---|---|---|---|---|
| 101 | U.S. Constitution, Amendment XII | | | | |
| 102 | 3 U.S.C. § 15 | | | | |
| 103 | 3 U.S.C. § 16 | | | | |
| 104 | 3 U.S.C. § 17 | | | | |
| 105 | 3 U.S.C. § 18 | | | | |
| 106 | Concurrent Resolution | | | | |
| | | | | | |
| | *UNITED STATES CAPITOL POLICE CCTV VIDEO* | | | | |
| 201 | [Intentionally Left Blank] | | | | |
| 202 | Camera 0924 (Northwest Stairs) | | | | |
| 203 | Camera 0944 timelapse (West Plaza overhead) | | | | |
| | | | | | |
| | *BODY WORN CAMERA* | | | | |
| 301 | MPD Officer Bronson Spooner (BA66) Start: 13:53:41 | | | | |
| 301a | Screenshot: 13:59:59 | | | | |
| 301b | Screenshot: 13:59:59 | | | | |
| 301c | Screenshot: 14:00:00 | | | | |
| 301d | Screenshot: 14:00:04 | | | | |
| | | | | | |
| 302 | MPD Officer Christopher Boyle (BKNU) Start: 13:53:40 | | | | |
| 302a | Screenshot: 14:00:05 | | | | |
| 302b | Screenshot: 14:00:05 (second) | | | | |
| 302c | Screenshot: 14:00:05 (third) | | | | |
| 302d | Screenshot: 14:00:05 (fourth) | | | | |
| 302e | Screenshot: 14:00:06 | | | | |
| 302f | Screenshot: 14:00:08 | | | | |
| 302g | Screenshot: 14:00:09 | | | | |
| 302h | Screenshot: 14:00:18 | | | | |
| 302i | Screenshot: 14:00:28 | | | | |
| | | | | | |
| 303 | MPD Officer Carlton Wilhoit (BEWQ) Start: 13:55:54 | | | | |
| 303a | Screenshot: 13:59:34 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 303b | Screenshot: 13:59:56 | | | | | |
| 303c | Screenshot: 13:59:59 | | | | | |
| 303d | Screenshot: 14:00:00 | | | | | |
| 303e | Screenshot: 14:00:00 (second) | | | | | |
| 303f | Screenshot: 14:00:01 | | | | | |
| 303g | Screenshot: 14:00:01 (second) | | | | | |
| 303h | Screenshot: 14:00:02 | | | | | |
| 303i | Screenshot: 14:00:09 | | | | | |
| 303j | Screenshot: 14:00:19 | | | | | |
| | | | | | | |
| 304 | MPD Officer Paul Koyejo (BA90) Start: 13:58:54 | | | | | |
| 304a | Screenshot: 14:00:01 | | | | | |
| 304b | Screenshot 14:00:03 | | | | | |
| 304c | Screenshot 14:00:04 | | | | | |
| 304d | Screenshot: 14:00:08 | | | | | |
| | | | | | | |
| 305 | MPD Officer Ryan Whelan (BJIL) Start: 13:58:49 | | | | | |
| 305a | Screenshot: 13:59:52 | | | | | |
| 305b | Screenshot: 13:59:52 (second) | | | | | |
| 305c | Screenshot: 14:00:04 | | | | | |
| 305d | Screenshot: 14:00:36 | | | | | |
| | | | | | | |
| 306 | MPD Officer Joshua Wilson (BJ07) Start: 13:59:22 | | | | | |
| 306a | Screenshot: 14:00:16 | | | | | |
| 306b | Screenshot: 14:00:29 | | | | | |
| | | | | | | |
| 307 | MPD Officer Noah Duckett (BKH5) Start: 13:59:51 | | | | | |
| 307a | Screenshot: 14:00:14 | | | | | |
| 307b | Screenshot: 14:00:54 | | | | | |
| | | | | | | |
| 308 | MPD Sergeant Jason Mastony (BFSE) Start: 13:53:42 | | | | | |
| 308a | Screenshot: 13:59:49 | | | | | |
| 308b | Screenshot: 13:59:50 | | | | | |
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 309 | MPD Officer David Pitt (BKEB) Start: 13:53:42 | | | | |
| 309a | Screenshot: 13:59:56 | | | | |
| | | | | | |
| 310 | MPD Officer Christopher Stokes (B964) Start: 13:59:34 | | | | |
| 310a | Screenshot: 14:00:28 | | | | |
| | | | | | |
| 311 | Audit Trails Certification | | | | |
| 311a | Evidence.com Audit Trail: Camera BA66 | | | | |
| 311b | Evidence.com Audit Trail: Camera BKNU | | | | |
| 311c | Evidence.com Audit Trail: Camera BEWQ | | | | |
| 311d | Evidence.com Audit Trail: Camera BA90 | | | | |
| 311e | Evidence.com Audit Trail: Camera BJIL | | | | |
| 311f | Evidence.com Audit Trail: Camera BJ07 | | | | |
| 311g | Evidence.com Audit Trail: Camera BKH5 | | | | |
| 311h | Evidence.com Audit Trail: Camera BFSE | | | | |
| 311i | Evidence.com Audit Trail: Camera BKEB | | | | |
| 311j | Evidence.com Audit Trial: Camera B964 | | | | |
| | | | | | |
| *THIRD PARTY PHOTOGRAPHS AND VIDEOS* | | | | | |
| 400 | Photograph: Washington Monument | | | | |
| | | | | | |
| 401 | Photograph: Air and Space Museum | | | | |
| | | | | | |
| 402 | Youtube: Washington, DC. March for Trump (00:39) | | | | |
| 402a | Screenshot in front of Museum of the American Indian Museum | | | | |
| | | | | | |
| 403 | Youtube: US Capitol violence: What happened and what happens now? - BBC Newsnight (00:08) | | | | |
| 403a | Screenshot from National Mall | | | | |
| | | | | | |
| 404 | Garfield Monument/Botanic Garden Video | | | | |
| 404a | Botanic Garden Screenshot | | | | |
| 404b | Garfield Monument Screenshot | | | | |
| | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 405 | Rumble: Peace Circle Video | | | | | |
| 405a | Screenshot from Peace Circle | | | | | |
| | | | | | | |
| 406 | Facebook: ngu.huynh.9699 video_246351946875486.mp4 (Northwest Capitol grounds) | | | | | |
| 406a | Screenshot | | | | | |
| | | | | | | |
| 407 | 20210106_134746.mp4 (Northwest Capitol grounds) | | | | | |
| 407a | Screenshot | | | | | |
| | | | | | | |
| 408 | MAH02915.mp4 (Northwest Capitol grounds) | | | | | |
| | | | | | | |
| 409 | My DC Experience – Capitol.mp4 (Northwest Capitol grounds) | | | | | |
| 409a | Screenshot | | | | | |
| 409b | Screenshot | | | | | |
| 409c | Screenshot | | | | | |
| | | | | | | |
| 410 | IMG_7094 2.h264.mp4 (Northwest Capitol grounds) | | | | | |
| 410a | Screenshot | | | | | |
| 410b | Screenshot | | | | | |
| 410c | Screenshot | | | | | |
| 410d | Screenshot | | | | | |
| 410e | Screenshot | | | | | |
| 410f | Screenshot | | | | | |
| 410g | Screenshot | | | | | |
| 410h | Screenshot | | | | | |
| 410i | Screenshot | | | | | |
| | | | | | | |
| 411 | sNaSX3PGrfyzB9Bws.mpeg4 (Northwest Capitol grounds) | | | | | |
| 411a | Screenshot | | | | | |
| 411b | Screenshot | | | | | |
| 411c | Screenshot | | | | | |
| 411d | Screenshot | | | | | |
| 411e | Screenshot | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 411f | Screenshot | | | | |
| 411g | Screenshot | | | | |
| 411h | Screenshot | | | | |
| | | | | | |
| 412 | Flickr Photograph (Northwest Capitol grounds) | | | | |
| | | | | | |
| 413 | Trump Supporters … 4K Footage (Northwest Capitol grounds) | | | | |
| | | | | | |
| | *SAFEWAY* | | | | |
| 501 | D.C. Mayor's Curfew Order | | | | |
| 502 | Albertson's E-mail – Order to Close D.C. Safeway Stores Early | | | | |
| 503 | Sales for D.C. Safeway Stores (Jan. 5-7, 2021) | | | | |
| 504 | Shipments to D.C. Safeway Stores from Pennsylvania Warehouse (Jan. 5-7, 2021) | | | | |
| 505 | Certificate of Authenticity for Safeway records | | | | |
| | | | | | |
| | *U.S. SECRET SERVICE* | | | | |
| 601 | 1/5/21 Email from Lanelle Hawa | | | | |
| 602 | Secret Service Head of State Notification Worksheet | | | | |
| 603 | CCTV Camera 9322 (East Front) | | | | |
| 604 | CCTV Camera 0462 (Vice President Pence exiting Senate Chamber) | | | | |
| 605 | USSS Radio Run Exhibit | | | | |
| | | | | | |
| | *STIPULATIONS* | | | | |
| | | | | | |
| | | | | | |
| | *MISCELLANEOUS* | | | | |
| 801 | Cochise County Sheriff's Corporal Cliff Shipley (X60A1487E), 10/27/21 | | | | |
| 802 | Video exhibits 302 and 409 side by side | | | | |

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Katherine E. Boyles*
        KATHERINE E. BOYLES
        J. HUTTON MARSHALL
        Assistant U.S. Attorneys
        D. Conn. Fed. Bar No. PHV20325
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (203) 931-5088
        Katherine.boyles@usdoj.gov
        Joseph.hutton.marshall@usdoj.gov