UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 22-100 (RBW) |
| | ) |
| JACOB L. ZERKLE, | ) |
| | ) |
| Defendant. | ) |

**FILED**
AUG 21 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

In accordance with the oral rulings issued by the Court at the hearing held on August 21, 2023, it is hereby

**ORDERED** that the Defendant's Motion in Limine to Exclude Evidence and Testimony Relating to the Breach of the United States Capitol and Other Related Topics, ECF No. 28, is **DENIED**. It is further

**ORDERED** that the Defendant's Motion to Continue Trial, ECF No. 67, is **GRANTED**. It is further

**ORDERED** that the jury trial in this case, currently scheduled to begin on August 22, 2023, is **CONTINUED** to November 6, 2023, at 9:00 a.m. It is further

**ORDERED** that, with the defendant's consent, the time from August 21, 2023, to November 6, 2023, is excluded under the Speedy Trial Act, to allow the defendant and his counsel to review evidence recently produced by the government so that defense counsel may provide adequate representation to the defendant.

**SO ORDERED** this 21st day of August, 2023.

_____
REGGIE B. WALTON
United States District Court Judge