HONORABLE  REGGIE B. WALTON

UNITED  STATES  DISTRICT  COURT

FOR  THE  DISTRICT  OF  COLUMBIA

333 CONSTITUTION  AVENUE, NW

WASHINGTON, DC  20001

DEAR JUDGE WALTON

    I WRITE THIS LETTER TO EXPLAIN MY ACTIONS
ON JANUARY 6, 2021 AND TO APOLIGIZE.

    I LIVE IN A RURAL PART OF ARIZONA WITH A
POPULATION THAT IS POOR AND FORGOTTEN. OUR
VOICES ARE OFTEN NOT HEARD, AND DROWNED OUT
BY LARGE CITIES. FOR THE FIRST TIME IN MY
LIFE, I DECIDED TO TRAVEL WITH MY BROTHER TO
WASHINGTON, D.C.  TO BE  PART OF A RALLY. TO
HAVE MY VOICE HEARD

    WE ARRIVED VERY EARLY IN THE MORNING
AND DID SIGHTSEEING. WE WENT TO ARLINGTON
NATIONAL CEMETARY, THE LINCOLN MEMORIAL, THE
WORLD WAR II MEMORIAL, THE VIETNAM MEMORIAL
AND THE WASHINGTON MONUMENT. WE SPENT THE

②

DAY GOING UP AND DOWN THE MALL LOOKING FOR A PLACE TO PROTEST. EVENTUALLY, WE MADE IT TO THE CAPITAL AROUND 1:30, CLOSE TO WHERE WE HAD BEEN EARLIER IN THE DAY. WE SAW THE CROWD MASSING, AND WE WORKED OUR WAY TO THE FRONT. THE CROWD WAS ANGRY AND PEOPLE WERE PUSHING. I SAW MY BROTHER WAS IN A BAD POSITION AND I WAS CONCERNED FOR HIM AND RUSHED TO WHERE HE WAS, AND PUSHED OFFICERS IN THE PROCESS. I REGRET DOING THAT. IT WAS NEVER MY INTENTION TO HAVE ANY PHYSICAL CONTACT WITH ANYONE. I ALSO DEEPLY REGRET REPEATING THE CHANTS OF THE CROWD. I AM EMBARRESSED THAT I SAID THEM. I DID NOT EVEN BELIEVE I SAID THEM UNTIL I HEARD THE VIDEOS PRODUCED BY THE GOVERNMENT. MY IMMEDIATE REACTION WAS EMBARRASSMENT AND SHAME. I CLEARLY LOST CONTROL AND GOT CAUGHT UP IN THE MOMENT.

ONCE I WAS REUNITED WITH MY BROTHER, WE BEGAN THE PROCESS OF WALKING AWAY. AS WE WALKED AWAY FROM THE CAPITOL, WE LOOKED BACK TO SEE MULTIPLE PEOPLE CLIMBING UP ON THE CAPITOL STAIRS. I WAS SHOCKED. THAT WAS NOT

③

WHAT I CAME TO DO. I AM EMBARRASSED TO HAVE BEEN A PART OF THAT. I AM ASHAMED IN THE PART I HAD IN IT. WHAT HAPPENED ON JANUARY 6th IS NOT WHO I AM.

SINCE THAT DAY, I HAVE TRIED TO DO EVERYTHING I COULD TO REDEEM MYSELF. I NOW FACE SENTENCING FOR MY ACTIONS. I AM VERY CONCERNED FOR MY LIFE PARTNER STELLA. SHE IS NEARLY 70 YEARS OLD, AND CANNOT KEEP UP THE FARM HERSELF. I WORRY ABOUT HER GREATLY. I ACCEPT THE CONSEQUENCES OF MY ACTIONS, BUT ASK THAT YOU DO NOT TAKE ME FROM HER AT THIS MOMENT IN OUR LIVES. I LOVE HER DEARLY

I THANK YOU FOR TAKING THIS INTO CONSIDERATION WHEN CONSIDERING MY SENTENCE.

SINCERELY,

JACOB ZERKLE



Honorable Reggie B. Walton
U.S. District Court


My Name is Stella Laterriere
Jacobs and I have been together for
28 years. I met Jacobs when he
had just gotten out of the Navy.
We became a couple 3 yrs. later
He's a hard working and faithful
partner.

We have been in Bowie for 20 years
Jacobs has always worked hard for us
to have a better life. He built our
home and has planted our orchard
little by little over the years we
have been here. Most of them from
seed. Everything has come with hard
work.

The equipment we own come
from other farmers, that needed to
be repaired or that they no longer
Needed or did Not want to deal with.

A-000004

So lots of work to repair and to get to have them running again.
We are also off grid, with systems that need attention, not only for our home, but also effects the orchard watering system.

Jacob is a home body. So when he said he was going to Washington I was very surprised and didn't believe it until I actually saw him preparing for the trip.
He has always stood up for the underdog. Doesn't like being taken advantage of or situtations when someone is being taken advantage of or pushed around.
He talks / Rembers as a child his family were always moving. They would start making friends and getting used to a place and then having to move. The everyday struggles his whole family went thru and his family trying to make ends meet just to put food on the table.

So as an adult he has tried very hard to break that cycle.

The thought of having to go to prison and leaving me behind by myself to take care of our home and orchard, especially since it has barely started to finally pay for all our hard work and time to get us here, has been very stressful.

He has tried to teach me all that is required to keep everything working but it has been very stressful with so much information especially since I'm not very tech savy with the systems.

It would be so devastating to lose all we have worked so hard to accomplish.

So I am here asking for leniency toward Jacob, your honor.

I know you have heard all the excuses out there.

A-000006

④

Every body is sorry and they will
never do this again. The stories
that go on and on; always the
same. in one form or another.

I would never want or could
imagine being in your shoes and
making difficult decisions about
peoples lifes. People that come and
go thru your court.

I can truly tell you this has
been a hard lesson. Not only for
Jacob, but me as well.

Thank you for your time,
Judge. With great appreciation

Stella Hoffmann

**Christopher Macchiaroli**

**From:**      Andre ███ ███████ gmail.com>
**Sent:**       Monday, January 8, 2024 4:47 PM
**To:**          Christopher Macchiaroli
**Subject:**   Jacob Zerkle

To Honorable Judge Reggie B. Walton,

My name is Andre Ransom,I am writing on behalf of Jacob Zerkle as a testimony to his person and good will. A great mentor in and throughout my life he has been to say the least. I lived with Jacob and my grandma Stella for quite some time. Around 2-3 years solely residing with them. Through this time Jacob played a big role in my upbringing giving me advice and taking the time to explain the more important things in life not only in society but as man. Lessons that I'll take and use through my life until i depart. He is always willing to help those he considers near and dear to him. I recent attended his court hearing on 10/30/2023 in Washington District Court. I believe lessons have been learned and I ask that you be lenient as possible.

## Christopher Macchiaroli

**From:** Frank Zerkle █████████████
**Sent:** Thursday, November 30, 2023 11:59 PM
**To:** Christopher Macchiaroli
**Subject:** Letter of Support for Jacob Zerkle

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Letter Regarding the Sentencing of Jacob Zerkle

I am writing this letter of support for my brother, Jacob Zerkle. I have known Jacob my entire life and can attest to his good character.  When I left college, I lived at his place for several years.  He has always been a source of support for me.  When my wife Arlayna developed a brain tumor in 2010 and was going through a lot of medical issues, Jacob provided a place for us to stay and recuperate.  When she passed away in 2015, Jacob was the one who showed up for me.

Jacob and I don't see eye to eye politically, especially since 2016.  Still I was surprised to hear that he had been involved in the riots on Jan 6th.  My daughter and I went to Thanksgiving at Jacobs house this year. She is 6, and had fun playing with a bunch of her cousins who were there.  It was a nice gathering, free of any divisive political talk.

I kindly request the court take leniency on my brother.  I believe Jacob can take this experience and grow from it, given the chance.

I appreciate your time and consideration. Please feel free to contact me if you require any further information or clarification.

Sincerely,

Frank Zerkle
███████@gmail.com
█████████████

Catrina (Tina) E. Ashman

███████████████████

November 21, 2023

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Letter of Support for Jacob Zerkle

Honorable Reggie B. Walton,

Jacob Zerkle is my younger Brother, that I have known since the day he was born.
Jacob is a very private person, and primarily wants to be left alone to quietly live his life. He is
an opiniated, but peaceable and non-violent person of good character. Jacob is a good guy, he is
a good brother to me and all the rest of his siblings, he is a good companion, a good son, a good
uncle and a good friend to all that know him. I don't know of anyone that would have anything
bad to say about him.

Jacob is a hard worker and from a very young age, had to provide for and take care of himself.
He lives in Southern Az, bought a little piece of land there years ago and has carved out a life.
Along with working for local farmers, he built his little cabin there and also planted and nurtured
his own little pistachio orchard, that is now producing a tiny bit of income for them.
If Jacob is incarcerated, his little pistachio orchard and all that he has worked for, will suffer
neglect and this source of income would be at risk.

Jacob contributes on many levels, and if incarcerated would no longer be able to do so.
I beg you to please have mercy on my little brother Jacob and allow him to return home to his
family, friends, and his farm.

Sincerely,


Catrina (Tina)  Ashman



Tina Ashman   Digitally signed by Tina Ashman
DN: C=US,
E=tina@bountifulenterprises.com,
O=Bountiful Enterprises, CN=Tina
Ashman
Date: 2023.11.22 12:20:49-08'00'

**A-000010**

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

February 2, 2024,

Dear Honorable Reggie B. Walton,

I am writing this letter of support for Jacob Zerkle, who is facing sentencing in your court. I am proud to have known Jacob for nearly 35 years, as both a best friend in High School, and a brother-in-law. He is a kind, generous, and hard-working person.  He is passionately loyal to his family and friends, and has always been there for me and others in times of need.

Jacob is also a respected farmer, who takes pride in his work and produces quality crops. He contributes to the local economy and the food security of our region. He is an asset to our society and a role model for many.

I was shocked and saddened to learn of Jacob's involvement in the Capitol riot on January 6th, 2021. I do not condone his actions or his participation in such a violent and unlawful event. However, I also know that Jacob is not a violent or malicious person by nature. He was misled and manipulated by extremist groups and propaganda, and he deeply regrets his decision to join the mob that day.

I respectfully ask you to show leniency and mercy to Jacob when you issue your sentence. He has already suffered a lot from the consequences of his mistake, such as losing his reputation, his income, and his freedom. He has also cooperated fully with the authorities and accepted responsibility for his actions. He is eager to make amends and rebuild his life.

Please take into consideration Jacob's character, his contributions, and his remorse when you decide his fate. He is not a threat to society or a danger to anyone. He is a good person who made a bad choice. I hope you will give him a chance to redeem himself and restore his dignity.

Thank you for your time and attention.

Sincerely,

Christopher Frazier

November 1, 2023


Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001
Reference: Letter of Support for Jacob Zerkle

Dear Judge Walton:

    I have known Jacob Zerkle for over 15 years.  We lived in the same small town.  He was born and raised in Bowie to a very fine family.  We moved to Bowie in 1998.

    Jacob is a very hardworking intelligent person.  He started doing handyman repair jobs for me around the house.  He could fix anything.  He was dependable and very respectful.  I always enjoyed visiting with him.  As we became aware of how handy he really was, he started doing building projects for us.  The more I was around Jacob the more my respect grew for him.  He is a very caring person with great love for his family.  He was always willing to help his brothers or anyone in need.  When his brother, Frank's, wife was so sick and they were struggling, Jacob let them live in his house and helped Frank find jobs until they were back on their feet.

    I humbly request that you consider the quality of the person that is Jacob Zerkle when determining sentencing. He truly is a good man and an asset to the community.


Sincerely,

Cody Eastman

Colleena Frazier

████████████████

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Subject: Character Reference for Jacob Zerkle

Your Honor,

I am writing to provide a character reference for my brother, Jacob Zerkle, who is presently awaiting sentencing. As his sister, I am compelled to share my perspective on Jacob's character, shedding light on the positive aspects of his life.

I believe it is crucial for the court to consider the entirety of his character and not solely the single incident for which he is being sentenced. Jacob has exhibited resilience in facing life's challenges and has demonstrated a willingness to support others, both within our family and his community. Notably, he overcame a challenging upbringing, served honorably in the military, and transformed his life into one of purpose and achievement.

I acknowledge Jacob's unwavering dedication to his work, particularly in building a pistachio farm from the ground up. His consistent demonstration of a strong work ethic and a profound sense of responsibility is a testament to his character.

While I understand the gravity of the charges against Jacob, I do not intend to diminish their seriousness. Instead, I implore the court to consider the broader context of his life, including his honorable military service and the exemplary way he has conducted himself throughout his 50-plus years of history. As his sister, I am deeply invested in his well-being and that of our family. I believe Jacob has learned valuable lessons from this experience and will continue to contribute positively to society.

In conclusion, I respectfully request that the court take into account Jacob's positive qualities, his honorable military service, his long history of peaceful conduct, and the potential impact a sentence may have on our family. I appeal for leniency in his sentencing, acknowledging the potential for growth and positive change.

Thank you for your time and consideration.

Sincerely,

Colleena Frazier

Elizabeth Zerkle

Jan. 24, 2024

TO: Honorable Reggie B. Walton
     United States District Court
     For the District of Columbia
     333 Constitution Ave, NW
     Washington, DC 20001
RE: Letter of Support for Jacob Zerkle

Sir,

   My son, Jacob Lee Zerkle, was born to my
husband and I while we were living on the
"homestead" my Grandfather and grandmother
"proved up" before I was born.
   All our children were taught the value
of Hard work and honesty was a value we
wanted our children to inherit.
   Jacob helped his father in his welding
business from a very young age, probably
ten or so, and he was our first child to get a
High School Diploma and he served in the Navy.
   He bought a piece of Arizona desert and built a
little piece of heaven by sheer grit and determination.
   He has worked and supported himself and
built a little corner of America. Please let him
come home and be with his family and friends
     Sincerely, Elizabeth Zerkle

**A-000014**

Honorable
REGGIE B. WALTON

My name is FREEBORN PATRICK ZERKLE I am the Immediate
Older brother to JACOB ZERKLE.
I am writing this letter in the hopes that it will Persuade
Leniency at his Sentencing.
I consider it A priveledge to have the opportunity to tell
you of his personality.
I might be the Individual who Knows him best, due to our birth
proximity. I am A Little more than One year older than him.
The wants and needs of others is important to Jacob. this War
taught to us at A young age. Being tolerant and peaceful was the
result of being the middle Children of A Large family. At times it was
the only Solution for peace. Many times Jacob has Sacrificed His
Individual desires for A better Outcome for Others
· Jacob is Honest.
Jacob has A Peaceful heart.
Jacob Love's freedom.
Jacob has A protective Nature.
Jacob is A advocate for peaceful Solution.
Jacob is the kind of man you want Beside you when thang's get hard.
Jacob is an advocate for rule of Law.
we do NOT associate with people who tolerate Mob Rule.
As you Know, there cannot Be trust without honesty.
I ask only thet you apply the golden Rule and treat Jacob How
you would Like to be treated
    WE ALL MAKE MISTAKES.
time is one of the most precious gifts from our Creator
It would pain my heart if Jacob loses his freedom, for going
to what was supposed to be A peaceful protest. Our Right
to have our voices heard is of UtMost importance.
    please take what I have told you into Consideration For
Leniancy.
        your fellow American
            Freedom Patrick Zerkle

A-000015

January 1, 2024

Honorable Reggie B. Walton
United States District Court
For District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Letter of Support for Jacob Zerkle

To whom it may concern,

My name is Jack Zerkle, I am Jacob's older brother.

I'm asking for mercy from the court for my brother.  Jacob is a patriot,  he would do anything for his country and his family.

Jacob's dad tried to join the military when he was 17 years old, was rejected, and later joined the Air Force and worked on the top secret u2 program.

Following in his fathers footsteps, Jacob joined the military as well.

I think given another chance for Jacob is exactly what this country and our family needs.

Sincerely,

Jack ZERKLE

# Letter of Support

## For Jacob Zerkle

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

I am writing this letter to support Jacob Zerkle regarding his upcoming sentencing. I know Jake both professionally and personally. I have worked with him for 18 years and we have been neighbors for 15 years.

Jake is an intelligent person with energy and integrity. He has always done more than his part in the workplace and is a steady member of our community who looks out for others. I feel safer with Jake as my neighbor.

I respectfully ask for a measure of leniency as you consider Jake's sentencing.

Sincerely

Jared Allred

@gmail.com

Joshlin Zerkle

Bowie, AZ 85605
12 - 19 - 2023

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Dear Honorable Reggie B. Waton,
My name is Joshlin Zerkle and
I am Jacob's sister in law. I have
known Jacob for thirti-two years. We
attended the same high school in Bowie.
At that time five of his siblings were
also enrolled in the same district. When
the Zerkle's moved to Bowie they lived in
an old school bus on a small piece of
property with a shop. Some of the boys
slept in the shop. The Zerkles' didnot
have much of anything and were often
teased and made fun of because of
the way the lived or dressed. Often times
their clothes had holes, did not fit or
had grease stains on them. The Zerkles'
have always had responsibilities and if
they were not in school they were working.
I can remember one summer when I
worked with my family chopping weeds
in a chili field the Zerkles' worked along
side us. They were one of us, not in appearance,

A-000018

but socioeconomic status. The Zerkles
are honest hard working individuals
that look out for each other.
I got to witness Jacob looking out
for his younger brother Levi. We were
all in the same Spanish class and almost
on a regular basis the teacher would
ask Levi if he did his homework. Levi's
response was always no. On one of
those days the teacher asked Levi if
he had a pencil and his response was
no. The teacher was so upset that he
grabbed Levi's desk and picked it up enough
to slam it down. Jacob said don't do that
and the teacher called Levi out into the
hall. We could hear the teacher yelling
at Levi. Then Jacob got out of his seat
and went out into the hall to defend
his brother. We could hear shouting, but
we couldn't make out any of the words.
I was shocked and amazed at the
same time. Honestly, I was glad that
Jacob said something to this teacher
because he picked on other students
including me. Not to long after that
Jacob took accelerated classes and he
was the first in his family of thirteen
to graduate from high school. Once
Jacob received his diploma he enlisted
in the navy and proudly served our country.
Upon his return he lived with his
brother Thomas and I in Bowie, Az.

After about a year or so we all
moved to Las Vegas, NV to help
their older brother Jack with his
roofing business. We lived there for
a few years and Thomas and I
returned to Bowie. Jacob stayed
a little bit longer, but ultimately
returned to Bowie. Thomas and Jacob
both worked for a couple of farmers
(Dick Eastman and Jared Hred). Over the
years Thomas and Jacob bought seperate
properties North of Bowie. Jacob saved
enough money to start his own farm.
Everything seemed to be going well for
Jacob until the January 6, 2020
incident. Although, I was not there
and I did not witness the events that
took place I believe Jacob in what he
says happened. He has always been
honest and has taken responsibility
for his actions. What he did was wrong
and in the heat of the moment he made
a bad decision. I am asking the court
to have it in their heart to be lenient
and sentence Jacob with probation. Thank
you for allowing me the opportunity to
state my truth.

Sincerely,

Joshlin Zerkle

Joshua Ashman

██████████

Humansville, MO 65674

November 21, 2023

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Letter of Support for Jacob Zerkle

Honorable Reggie B. Walton,

I met Jacob when I married his sister Tina in 2001. In the twenty plus years I have known him he has impressed me with his self-reliance and the kindness he shows to his friends, neighbors and family.

Jacob may give the appearance of a gruff and serious person, however this is simply a thin veneer he shows to people he doesn't know. Once he warms up to a person Jacob is fun loving and delights in lighthearted teasing which he is fine to both give and receive. Jacob also has a deep love for his family and enjoys visiting with his siblings, their spouses and his many nephews and nieces whenever possible.

Jacob is hard working and has always been a productive member of society. He built his home with his own hands and he has made a productive pistachio orchard out of barren desert. In addition to running his own orchard Jacob does work for other local farmers and is always ready to help a neighbor if needed. Jacob is also an honorably discharged Navy veteran who proudly and diligently served his country.

If Jacob is incarcerated it would be devastating to his family and detrimental to his community. Conversely, if he is allowed to stay home and work, he will continue to be a productive member of his community and our society at large.

I beg you to have mercy on my brother-in-law and friend Jacob and allow him to return home.

Sincerely,


Joshua Ashman

Jan 1, 2024

Honorable Reggie B. Walton,

Jacob Zerkle is my younger brother. I am the first child of a very large family of 14.

We are a close family. All us sublings are very energitic in our relationships with each other and have stimulating and enteresting conversations and times together.

Jacob is a fun-loving and devoted brother and family man. He is a hard working, productive and contributing citizen.

He can be counted on. I know if I ever need help, He is there for me, or any other who may stand in need. He is an honorable and honest person of high integrity. He is also kind-natured and I have never seen him act or speak in a violent way.

Jacob loves his country and served in the military. As a citizen who is loyal and staunch, and his allegiance is to his country, I can see no value in his serving prison time. In fact all I see is heartache and grief to many persons.

I pray that you will consider all that
I have shared about my brother.
I truly plead for leniency and mercy
for Jacob Zerkle.
I pray you will permit Jacob to stay
with his family.

Sincerely,

Joy K. Laub        Joy Kay Laub

To Honorable Reggie B. Walton

My name is Luke Zerkle, I am the facilities manager at a buddhist retreat center near Bowie Arizona. The following is my letter of support regarding the sentencing of my older brother Jacob Zerkle.

In order to best sum up the character of my brother Jacob I'm going to share a story as I feel the true character of a person cannot be described in words, but can be understood through action.

It is my hope that in understanding the compassionate and generous nature of Jacob that some measure of leniency will be exercised by the court. In the very least it should be understood that Jacob is an honest and kind hearted person, certainly not prone to outbursts so anything of that nature would be out of character for him.

The school that I went to was on the rough side. There was a big drug presence, a lot of schoolyard fist fights and the majority of my classmates at the time came from broken homes and had no interest in learning of any kind. Under these circumstances learning was impossible for me so at the age of 16 I dropped out of high school and moved to the city to work with my older brothers in construction.

It quickly became evident that I was going to need my own truck in order to do well in the trades. At 16 I couldn't exactly go to a dealership so my older brother Jacob, bought a used Ford Ranger pickup for me under the agreement that I would pay him back over time. For awhile this worked out fine but young as I was I had no real concept of value so eventually started forgetting to make payments. Although I was obviously spending my money elsewhere never once did Jacob so much as mention it. Eventually I moved out of the city and it was probably 3 years later before it dawned on me that I never finished paying back my own brother. When I went back and asked Jacob

how much I still owed him he wouldn't hear of it saying I didn't owe him a thing. Being honestly relieved, as I didn't have much money at the time, I offered him in trade an old rusty 50's era car chassis my dad had given me when I turned 15 as a project car. Jacob of course graciously accepted, we shook on it and I never thought on it again for another few years. Eventually out of curiosity I asked "what ever happened to that old 50's car chassis." Jacob just laughed. Our dad decided to take it back and give it to someone else shortly after I had "given" it to Jacob.

In truth Jacob never expected me to pay him back. The second he handed me the keys he let it go. The rest was a learning experience for me, and I learned alot. Especially about Jacob in particular. He is a generous, compassionate and reliable person and is certainly deserving of any leniency the court can afford.

Luke Zahm

January 18, 2024

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Letter of Support for Jacob Zerkle.

My name is Martha Leyva. Jacob is my brother-in-law and has been married to my sister for almost 30 years.

He is quiet but he is always very helpful. He always helps me whenever I have questions about how to grow my pistachio trees. When I visited in August of last year he was very informative and provided helpful information about his pistachio farm which helped me with my few trees.

In October of last year when I asked for help to repair my mother's fireplace he did not hesitate to go and repair it. I am so grateful because it saved me a trip and made my mother very happy that she now has a safe and reliable heat source.

He is being held accountable for choices made resulting in the current case. I would like the Court to know that Jacob is a valued family member and as a pistachio farmer it may be devastating to his crops preservation.

I request the Court's leniency and to take this letter into consideration when issuing the Court's sentence.

Sincerely,

Martha Leyva

# <u>Letter of Support of Melissa Leyva</u>

Honorable Judge Reggie B. Walton:

I am writing this letter on behalf of Jacob Zerkle. My family and I have known Jacob for over 28 years. He had been a part of my mom's life and a part of our family.

Jacob has been a great role model for my kids and I. He is always willing to help regardless of what it is. He has always been a fair and honest man.

Sincerely

Melissa Leyva

Mont Zerkle



Stockton, MO 65785

November 19, 2023

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Letter of Support for Jacob Zerkle

Honorable Reggie B. Walton,

Jacob Zerkle is my younger brother. We come from a large family of 14 children. Our sister
Faith passed away at the age of 9. Not only are we family but in our young adult life we were
roommates and workmates, later in life we were neighbors. We made it a point to get together at
least once per week to visit.

My brother, Jacob, means the world to me. He is one of the best friends I have ever had. We
have many things in common, in fact we have never had a quarrel. Imagining him confined in
prison breaks my heart.

Jacob has many great qualities; he is one of the most upright and honest people I have ever met.
He doesn't place himself in situations where he would feel a need to lie. At first glance Jacob
may appear to be mean, but I know him for what he truly is, a charismatic, happy-go-lucky, and
fun-loving man.

Jacob served his country honorably in the military. As a free man he is a valuable and
contributing member of society, not to mention an invaluable and loved member of our family. If
incarcerated, his absence would have a negative impact on our family, and he would be a
significant drain on society. In my opinion, it is a no-win situation for anyone, family, or the
country.

With that said, I beg you to have mercy on my brother Jacob and allow him to stay home with
his family.

Sincerely,


Mont Zerkle



**Oscar Hernandez**

█████████
███████ yahoo.com

22nd January 2024

To The Honorable Reggie B. Walton,

My name is Oscar Hernandez, I am a second generation pistachio farmer in Bowie, AZ. I am the owner of Hernandez Farm LLC. I have known the Zerkle family since the early 90's. If you ask anyone in the small town of Bowie, they would say that the Zerkle's are a well respected family of our community. Jacob Zerkle is a small pistachio farmer, just like myself, and he's also a mechanic. Jacob Zerkle helps other farmers as well when it's time to harvest their crop. Just like any other farmer, Jacob is just trying to make a living. I have to say that we need more people like Jacob Zerkle and us small farmers to keep farming and putting food on people's tables. We all work together, as one, and help each other during hard times.

We ask for leniency on Jacobs behalf, as well as his family, farm, and friends.

Sincerely,

**Oscar Hernandez**

Sabrina Zerkle

████████████

Pearce AZ 85625

(01/09/24)

Honorable Reggie B. Walton

United States District Court

For the District of Columbia

333 Constitution Avenue, NW

Washington, DC 20001

Dear Honorable Judge Reggie B. Walton,

My name is Sabrina Zerkle; niece of Jacob Zerkle. I grew up around my uncle Jacob most of my life. He is one of the most dedicated, generous and innovative people I have had the pleasure to grow up aspiring to be like.

One of many amazing qualities my uncle Jacob, brother and father have is the ability to understand and complete new and difficult tasks. It seems to come natural to them. I on the other hand struggle to understand and need to watch and learn over and over until something sticks with me. I once was in my dad's workshop trying to put new rims on the tires I had just bought for my truck. I was struggling for quite some time trying to get the tire to take air with zero luck. My brother then mentioned to me that my uncle Jacob had pioneered this tool to make this exact job easier and of course he answered our call and was at the shop within minutes with the tool I needed (the bead blaster!) Even with the tool, the job was still difficult for me. I wasn't holding it correctly, I would let out the air at the wrong time, could barely hold it up but with each attempt I made, my Uncle Jacob was there giving me tips on how to do it better each time. Never making me feel dumb for taking so long to figure it out. Having the patience to watch and help me with every passing attempt. Finally, I got it right and the tire filled with air! The smile on Jacob's face relayed to me that he knew I could do it all along and all I needed was a little encouragement and support. This is one of many instances that has shaped me to be the person I am today.

I have been Privileged enough to see my dad and uncle interact in various ways ranging from borrowing tools, taking turns blading the road, getting each

other unstuck when it rains too hard, just hanging out when they need a friend as well as when they argue and get into disputes (usually over something silly). Each interaction between them throughout the years has taught me how to be there for others, and work through conflict. Every day I strive to be the best sister, friend, worker and wife that I can be. Knowing that if I make a mistake or need help my family will always be there. As I have witnessed time and time again.

I am currently pregnant with my first son, Forrest, and hope that he will have the same privilege of growing up with amazing role models like my Uncle Jacob throughout his life just as I did. Passing on their knowledge, skill and family values to create an even better generation than mine.

Since I have known Jacob, he has proven to be nothing short of caring, hardworking, generous and kind. I believe that he is a valuable member of our society who has and will continue to make a positive impact on those around him. Sincerely,

Sabrina Zerkle

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

This is a letter requesting leniency in the  sentencing of Jacob Zerkle, he is an intelligent and caring person and is well respected in our community, he is also my brother and has helped me tremendously in my life. It is my opinion that our community and family would be hurt by his loss.

I am respectfully requesting that you take my words of support into consideration while passing judgement.

Respectfully,

Sam Zerkle,  brother of the defendant.

Tracy Zerkle

Stockton, MO 65785

November 19, 2023

Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

RE: Letter of Support for Jacob Zerkle

Honorable Reggie B. Walton,

Jacob Zerkle is my brother-in-law. I am married to his older brother, Mont Zerkle. I met Jacob and other Zerkle family members several years before I married Mont, about 23 years ago.

When we first married, we ran into some difficulties; Jacob in his quiet but steadfast way was a huge support to us. His support meant so much to Mont and me. His visits during that time were always something we looked forward to.

I must admit that when I first met Jacob, I was a little leery because at first glance his appearance seemed intimidating. But as I got to know him, I learned he is an intelligent, fun, and caring person. He has an especially deep love of family.

While I don't know Jacob that well, I do know that he is loved and valued by my husband, and the rest of the Zerkle family. It has been difficult watching the people I love hurt so much for their brother and son.

I beg you to have mercy on my brother-in-law Jacob and allow him to return home where he can be with his friends and family.

Sincerely,


Tracy Zerkle