IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 22-cr-100-RBW |
| v. | : | |
| | : | |
| JACOB L. ZERKLE, | : | |
| | : | |
| *Defendant*. | : | |

### DEFENDANT'S NOTICE OF FILING COURT CORRESPONDENCE

Defendant Jacob Zerkle, through his undersigned counsel, hereby files correspondence with the Court, which are itemized as follows:

- Letter dated February 19, 2024 (1 page).

Dated: February 20, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

　　　　　　　　　　　　　　　　　　　/s/ Christopher Macchiaroli
　　　　　　　　　　　　　　　　　　Christopher Macchiaroli (D.C. Bar No. 491825)
　　　　　　　　　　　　　　　　　　1750 K Street, NW, Suite 810
　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 539-2444
　　　　　　　　　　　　　　　　　　Facsimile: (410) 547-2432
　　　　　　　　　　　　　　　　　　Email: cmacchiaroli@silvermanthompson.com

　　　　　　　　　　　　　　　　　　Emma J. Mulford (Bar No. MD0146)
　　　　　　　　　　　　　　　　　　400 East Pratt Street, Suite 900
　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　Telephone: (410) 385-6249
　　　　　　　　　　　　　　　　　　Facsimile:  (410) 547-2432
　　　　　　　　　　　　　　　　　　Email: emulford@silvermanthompson.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Jacob Zerkle*