

*A Limited Liability Company*
1750 K Street, N.W., Suite 810
Washington, D.C. 20006
Telephone (202) 921-2225
www.silvermanthompson.com
Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Christopher Macchiaroli
(202) 921-2225
cmacchiaroli@silvermanthompson.com

February 19, 2024

**VIA FEDERAL EXPRESS**
Honorable Reggie B. Walton
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   *United States v. Jacob Zerkle*, No. 22-cr-100-RBW

Dear Judge Walton:

Enclosed please find a courtesy copy of Defendant Jacob Zerkle's Sentencing Memorandum that was filed with the Court on February 16, 2024 (D.E. 83) in advance of the parties' sentencing hearing, which is currently scheduled for February 22, 2024. Also enclosed is a thumb drive containing certain exhibits referenced by the Defendant in his sentencing memorandum and itemized as: Gov. Exs. 409 (video), 410 (video), 412 (screen shot), 414 (video) and video exhibit titled, "Stop Hate," (also publicly available at the following link). https://ia802303.us.archive.org/33/items/sNaSX3PGrfyzB9Bws/sNaSX3PGrfyzB9Bws.mpeg4, last visited February 19, 2024.

Respectfully,

*C. Macchiaroli*

Christopher Macchiaroli
Emma Mulford

*Counsel for Jacob Zerkle*

cc:   Government counsel (*via CM/ECF*)