**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **:** | |
| | **:** | |
| v. | **:** | **CASE NO. 22-CR-100 (RBW)** |
| | **:** | |
| JACOB L. ZERKLE, | **:** | |
| | **:** | |
| Defendant. | **:** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 that the following exhibits were provided to the Court and defense counsel on February 20, 2024 in relation its memorandum in aid of sentencing filed on February 16, 2024. These exhibits will be offered into evidence during the sentencing hearing scheduled for February 22, 2024.

The proposed exhibits are as follows:

A.    **Gov. Sent. Ex. 1**: A 34-second clip from a video recorded by a third party on January 6, 2021 showing the defendant near Capitol grounds.

B.    **Gov. Sent. Ex. 2**: Metropolitan Police Department body-worn camera footage from Officer R.W. recorded on Jan. 6, 2021.

C.    **Gov. Sent. Ex. 3**: A 38-minute video recorded by a third party on January 6, 2021 showing the defendant on Capitol grounds.

D.    **Gov. Sent. Ex. 4**: Metropolitan Police Department body-worn camera footage from Officer C.W. recorded on Jan. 6, 2021.

E.      **Gov. Sent. Ex. 5**: Metropolitan Police Department body-worn camera footage from

Officer C.B. recorded on Jan. 6, 2021.

F.      **Gov. Sent. Ex. 6**: Metropolitan Police Department body-worn camera footage from

Officer B.S. recorded on Jan. 6, 2021.

G.      **Gov. Sent. Ex. 7**: A 25-minute video recorded by a third party on January 6, 2021

showing the defendant on Capitol grounds.

H.      **Gov. Sent. Ex. 8**: Cochise County Sheriff's Office body-worn camera footage of

an interview with the defendant on Oct. 27, 2021.

If the Court accepts these proposed exhibits into evidence on February 22, 2024, the United

States takes the position that the entered exhibits should be promptly released to the public.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BY:     */s/ Hutton Marshall*
        J. HUTTON MARSHALL
        KATHERINE E. BOYLES
        Assistant U.S. Attorney
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 809-2166
        Joseph.hutton.marshall@usdoj.gov